Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF FLORIDA
 2                     ORLANDO DIVISION
 3
        ACTION NISSAN, INC.,        )
 4      d/b/a UNIVERSAL HYUNDAI     )
        for itself and in the      )
 5      Name of the Department      )  CIVIL ACTION FILE
        of Highway Safety and      )
 6      Motor Vehicles of the      )  NO. 6:21-CV-02152
        State of Florida, for      )
 7      its use and benefit,       )
                                   )
 8               Plaintiff,        )
                                   )
 9               vs.               )
                                   )
10      HYUNDAI MOTOR AMERICA      )
        CORPORATION AND GENESIS    )
11      MOTOR AMERICA, LLC,        )
                                   )
12               Defendants.       )
        _____)
13
14
15         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
16                      BOB KIM
           30(b)(6) Corporate Representative
17         Hyundai Motor America Corporation
18
19
20
                     June 27, 2023
21                    10:07 a.m.
22
23
24
            D. Paige Fleming, RPR, CCR-B-1779
25
```

Page 2

```
 1              APPEARANCES OF COUNSEL
 2
      On behalf of the Plaintiff:
 3
            NICHOLAS A. BADER, Esq.
 4          ANDREW THOMAS, Esq.
            Bass Sox Mercer
 5          2822 Remington Green Circle
            Tallahassee, Florida  32308
 6          850-878-6404
            nbader@bsm-law.com
 7
 8     On behalf of the Defendants:
 9          GINGER BARRY BOYD, Esq.
            Nelson, Mullins, Riley & Scarborough, LLP
10          215 South Monroe Street
            Suite 400
11          Tallahassee, Florida  32301
            850-907-2507
12          ginger.boyd@nelsonmullins.com
13
      Also Present:
14
            Katie Neville
15          Madelyn Happ
16
      Videographer:
17
            Mike Stingo
18
19                        - - -
20
21
22
23
24
25
```

                                                    Page 12

1              A.      I do.

2              Q.      Okay.  I'll give you control of the

3      document.  Feel free to look at any portion.

4              A.      Okay.  This is the sales and service

5      agreement.

6              Q.      For the record, this is Bates No. PLT00001

7      through 34.  All right.  So let's look at the

8      standard provisions beginning on Bates No. 10.  I'll

9      call your attention to the last sentence of the first

10     paragraph.

11             It says, HMA will use its best efforts to

12     provide Hyundai products to dealer subject to

13     available supply from factory, HMA's marketing

14     requirements, and any change or discontinuance with

15     respect to any Hyundai product.  Do you see that?

16             A.      Yes.

17             Q.      Did I read it correctly?

18             A.      Yes.

19             Q.      Would you agree that this requires Hyundai

20     to use its best efforts to provide Hyundai vehicles

21     to Universal subject to the supply being available?

22             A.      Yes.

23             Q.      Okay.  What is meant by best efforts here?

24             A.      So if there's a supply shortage, if there

25     were some -- you know, if there was a supply

Page 13

1    shortage, we would try to still maximize the number

2    of vehicles that we would produce, and then we would

3    distribute those to the dealer network in an

4    equitable fashion.

5         Q.    Would -- go ahead.  I didn't mean to

6    interrupt you.

7         A.    And we would also -- you know, we use an

8    allocation formula that looks at various factors to

9    determine an allocation for a dealer, and then we

10   would then allocate that to the dealer.  And assuming

11   there's no production issues for other factors such

12   as, like, stop sales for recalls or something like

13   that that prohibited us from distributing the

14   product, we would then distribute that to the dealer.

15        Q.    You used the term "equitable" in your

16   answer.  What do you mean by equitable?

17        A.    Fair.

18        Q.    Okay.  What do you mean by fair?

19        A.    We would -- you know, there's an

20   allocation formula that we apply to all dealers, and

21   that formula is based on prior sales history and also

22   it has consideration for vehicles that are on the

23   ground, in the pipeline, et cetera.  So it's looking

24   at the dealers -- you know, it's a uniform way to

25   look at how we distribute product to the dealers.

1          Q.     Okay.  So in your answer to Hyundai's use

2     of its best efforts to provide Hyundai vehicles to

3     Universal, you referenced a formula used to allocate

4     those vehicles, but Hyundai does not use its formulas

5     to allocate all of its vehicles produced to dealers,

6     does it?

7          A.     We do reserve the right to have a

8     discretionary pool of vehicles, which is very common

9     in the industry.  And so to answer your question, not

10    all vehicles that get distributed go through the

11    formulaic portion of the allocation system.

12         Q.     Where in the dealer agreement is the use

13    of discretionary allocation discussed?

14         A.     So it is not necessarily explicitly

15    stated, but if you look in the paragraph below where

16    you've highlighted, it refers to what I'm talking

17    about, and it ends with it may determine in its sole

18    discretion as well.  So that is where we can do --

19    you know, we can allocate a portion of our production

20    to a discretionary pool.

21         Q.     Okay.  And that paragraph discussed --

22    discusses the ability for Hyundai to do -- to use its

23    discretion in times of short supply.  Do you see

24    that?

25         A.     Yes.

1        Q.    Okay.

2        A.    Also -- I also want to add that, you know,

3    our production goes towards retail or to the dealers

4    and we also have production that we allocate to our

5    fleet customers as well outside of the dealer

6    network.

7        Q.    Okay.

8        A.    And so --

9        Q.    Go ahead.

10       A.    So we're -- we can also distribute our

11   products that way as well.

12       Q.    Okay.  Where in the dealer agreement does

13   it discuss Hyundai's ability to allocate some of the

14   production to fleet customers as an exception to it

15   using its best efforts to allocate vehicles to

16   dealers?

17       A.    I don't believe it does.

18       Q.    Okay.  And this paragraph that talks about

19   discretion talks about the ability to use discretion

20   during times of short supply.  From 2019 to present,

21   when, if ever, were Hyundai vehicles in short supply?

22       A.    I would say from the April, May time

23   period of 2021 to current.

24       Q.    If Universal repeatedly requests inventory

25   and is below the regional average day supply for

Page 16

1      inventory, how would Hyundai use its best efforts to

2      increase Universal's inventory?

3            A.    So first and foremost, you know, we

4      maximize the number of units that we can produce.

5      And, please, the time period that I'm referring to in

6      the shortage, just know that this was a global issue.

7      We were not the only manufacturer impacted by this.

8                 We were one of the least impacted in the

9      sense of we were able to maximize our production,

10     which is evidenced by pretty significant share gains.

11     Additionally, in this time period we also stopped or

12     very much restricted what I say our historical

13     percentage of production that we would allocate to

14     our fleet clients to support the dealer network.

15                And so those factors helped us gain

16     significant retail share, which means that vehicles

17     were allocated through our dealer network, and our

18     formulaic portion of the allocation system would, you

19     know, distribute vehicles to all dealers in a, you

20     know, fair and, you know, formulaic way.  And that's

21     how the dealers can earn their product.

22            Q.    Hyundai did not eliminate its use --

23     strike that.  Hyundai did not eliminate its

24     allocation of vehicles to fleet customers in its

25     entirety, did it?

Page 21

1     going to go to, Hyundai could have sent those

2     vehicles in its discretion to any dealer it wanted;

3     correct?

4          A.    Yes.

5          Q.    Okay.  So if it wanted to, it could have

6     sent the entirety of the discretionary allocation for

7     the southern region to Universal; correct?

8          A.    If we decided to, we could.

9          Q.    Okay.

10         A.    That's not a decision we probably would

11    make, but we could.  Is it feasible, yes, but --

12        Q.    From 2020 to 2022, did Hyundai

13    consistently provide Universal with discretionary

14    allocation in an attempt to bring their inventory to

15    the regional average day supply?

16         MS. BOYD:  Object to form.

17         THE WITNESS:  So during the time

18        period that you're speaking of, the

19        discretionary allocation at times before we

20        went into what I would call a significant

21        inventory shortage, the discretionary pool

22        was really not an issue.

23        And, you know, we would have in

24        instances where dealers may turn down some

25        of their allocation because they felt that

Page 22

1      they had too many, too much product, and
2      you know, those units that got turned down
3      could be then offered to other dealers.
4           As we move forward into where
5      inventory became scarce, that's when a lot
6      of the tension came on the discretionary
7      pool usage.  And so that's where we had to
8      consider a lot of different factors, what
9      would benefit, you know, our company in
10     terms of where we would put that
11     allocation.
12          You know, I said this many times in
13     my prior -- last week.  You know, in my
14     role as the southern region general
15     manager, you know, my objective was to
16     maximize the sales volume and also maximize
17     the sales velocity to maximize the total
18     allocation that the region would earn.
19          And so we would base a lot of our
20     decisions on dealer performance and their
21     ability to maximize the sales velocity.
22     And, again, we would also consider other
23     factors, strategic things, which, you know,
24     certain different objectives that we set
25     for ourselves to grow our brand, to take --

Page 23

1       you know, to -- you know, for example, you

2       know, we wanted to outsell Honda as an

3       example in Miami is one of the, you know,

4       brand tactics that we wanted to do.

5              These were strategic things that we

6       worked on to maximize our sales in the

7       southern region.  And as I stated, if you

8       look at the southern region's performance

9       in an industry during that time period

10      where the southern industry actually

11      outpaced the national industry, not only

12      did we have the highest share relative to

13      our national share, our year-over-year

14      growth and share -- and I repeat in an

15      industry that was growing -- exceeded that

16      of the nation's growth.

17             So the U.S. also did better, but the

18      southern region started at a higher share

19      and year over year grew more than the

20      nation, so in an industry that was growing

21      faster than the nation.

22             So in every aspect, the southern

23      regions earned more product than any -- any

24      dealer in the southern region earned more

25      product relative to other regions in the

Page 24

1           country.

2               Q.    (By Mr. Bader)  What's the time of

3       significant short supply referring to?

4               A.    As I mentioned before, it started around

5       the April, May time period of 2021 through current.

6               Q.    So your testimony is that Hyundais are

7       still in a significant short supply?

8               A.    Yes.

9               Q.    Could Hyundai -- and I'm speaking

10      nationally, the national office of Hyundai -- had

11      diverted additional product to the southern region

12      for it to allocate if it had wanted to?

13              A.    Can you repeat your question.

14              Q.    Sure.  Could Hyundai Motor America had

15      diverted additional inventory to the southern region

16      during these years for the southern region to

17      allocate to dealers if Hyundai Motor America had

18      wanted to?

19              A.    If they wanted to, yes.

20              Q.    Could Hyundai have manufactured more

21      vehicles if it had been willing to incur the

22      additional costs to acquire microchips from other

23      manufacturers?

24              A.    Is it feasible?  It's possible.  I don't

25      know if microchips were available to purchase.  I

Page 30

1          factors that we considered.

2          Q.    (By Mr. Bader)  I hear your point on turn

3     rates and things like that and how that might relate

4     to maximizing sales, but what does litigation have to

5     do with maximizing sales?

6          MS. BOYD:  Object to form.

7          THE WITNESS:  It's just one factor

8          that we evaluate.

9          Q.    (By Mr. Bader)  Whether a dealer litigates

10    with Hyundai or not has no bearing on how many

11    vehicles that dealer sells, does it?

12         A.    I don't think I can answer that question.

13    That's a really broad question, so --

14         Q.    Is reducing the pool of vehicles to

15    dealers when they're below the average day supply for

16    the region by disqualifying them from discretionary

17    allocation fair and equitable?

18         MS. BOYD:  Object to form.

19         THE WITNESS:  Keep in mind that, you

20         know, around 85 percent of the total

21         allocation is what would -- you know, if a

22         dealer properly managed their inventories

23         as well as their sales velocity and their

24         sales rates, that -- you know, that alone

25         is the vast majority of the production

 1        allocation that we would provide, and that

 2        alone is, you know, where I would say a

 3        dealer could maximize what they can

 4        considering the production constraints that

 5        we had.

 6              The discretionary pool, you know, as

 7        I mentioned earlier, was used to sort of

 8        also help support maximizing the volume,

 9        but, again, also used to support other

10        initiatives.

11              And, you know, again, the nature of

12        the word "discretionary" is we can choose

13        to use it for what we feel is right for our

14        company.  And, you know, again, when you

15        look at the results in total, I would say

16        that we made very good decisions.

17        Q.    (By Mr. Bader)  The third paragraph here

18   says, HMA agrees to provide dealer with an

19   explanation of the method used to distribute such

20   products.  Do you see that?

21        A.    Yes.

22        Q.    Okay.  Universal asked Hyundai about its

23   allocation formula; correct?

24        A.    I guess it did, yes.

25        Q.    Okay.  Hyundai didn't provide any

Page 32

1    explanation to Universal about how it went about

2    allocating the GM pool of vehicles to dealers, did

3    it?

4         A.    Just the GM pool portion?

5         Q.    Correct.

6         A.    So the discretionary pool I don't

7    believe -- you know, with our formulaic portion of

8    our allocation, you know, the formula and so forth

9    was something that we would discuss.  The decisions

10   on how we made the discretionary pool allocation is

11   not something that we necessarily have fully in

12   writing.  It's something that we would -- you know,

13   we would make decisions on based on whatever the

14   current facts and data we had at the moment.

15        Q.    The GM pool amounts to about one out of

16   every eight vehicles allocated; correct?

17             MS. BOYD:  Object to form.

18             THE WITNESS:  Yeah, I guess one

19        divided by -- yeah, it would be about 15

20        percent.

21        Q.    (By Mr. Bader)  Are there any other

22   agreements between Hyundai and Universal that

23   discussed allocation or distribution of vehicles?

24        A.    Not that I'm aware of.

25        Q.    Is sales efficiency the primary metric

1    Hyundai uses to measure dealer performance?

2         A.    Yes.

3         Q.    Okay.  Is sales efficiency the primary

4    metric Hyundai uses to measure dealer compliance with

5    the dealer agreement?

6         A.    It is the primary.

7         Q.    Okay.  How does Hyundai measure sales

8    efficiency?

9         A.    Sales efficiency by Hyundai is measured at

10   a state level, so the state average market share

11   within a particular segment that a Hyundai product

12   participants in is applied to the market area of the

13   dealer.  And then for that segment, we take whatever

14   units of that segment within a dealer's market area

15   times the state average segment share, and that would

16   yield an expected sales number.

17             And then we would do that for every

18   segment and sum it up to a combined retail expected.

19   And that is the denominator.  And then we would

20   divide what the dealer sold in that same time period

21   by that denominator.  And whatever that percentage

22   equals is the dealer's sales efficiency number.

23        Q.    Does Hyundai believe that dealers should

24   be able to achieve the volume of sales that equals

25   the expected sales under the sales efficiency metric?

Page 34

1          A.    That's what dealers are held accountable

2     to do.  That's part of the agreement.

3          Q.    Does Hyundai believe that's a reasonable

4     amount of sales for a dealer to be expected to

5     achieve?

6          A.    It's the -- it's a metric that we use to

7     judge their performance.

8          Q.    I understand it's a metric used, but does

9     Hyundai believe that's a reasonable number of

10    vehicles for a dealer to expect to sell?

11              MS. BOYD:  Object to form.

12              THE WITNESS:  So we have other

13         objectives when it comes to, you know,

14         sales volume setting for dealers, bonus

15         programs and so forth that we do use, so --

16         but at the end of the day, you know, as

17         we -- you know, sales efficiency is the

18         primary metric that we hold the dealer

19         accountable to.

20         Q.    (By Mr. Bader)  And Hyundai believes that

21    it's reasonable for a dealer to expect to sell the

22    number of vehicles that matches their expected sales

23    under the sales efficiency formula; correct?

24         A.    Yes.

25         Q.    Okay.  Does sales efficiency and its

Page 40

1    when making these decisions.

2              Additionally, you know, when there were

3    market rep actions, primarily, you know, buy/sells

4    where a new dealer would buy out another dealer, you

5    know, in those instances, you know, we would also

6    allocate product to those dealers to help them get

7    started.

8         Q.   So after the shortage began -- and you

9    testified about what time period that occurred in --

10   your primary focus in the southern region was

11   maximizing the sales of the southern region; correct?

12        A.   Yes.

13        Q.   And you did that primarily based on a

14   focus towards the sales velocity of dealers; correct?

15        A.   That was the primary driver, yes.

16        Q.   Okay.  Of all the considerations that the

17   southern region gave into factors for discretionary

18   allocation, if you were to approximate what

19   percentage of the decision related to the performance

20   metrics, like sales velocity, what would you estimate

21   the portion directed towards that factor would be?

22              MS. BOYD:  Object to form.

23              THE WITNESS:  We didn't have, like, a

24         specific, hey, we're going to base our

25         decision 50 percent on this or 20 percent

Page 51

1          decision, yeah, was made by Hyundai, so

2          yes.

3               Q.    (By Mr. Bader)  In considering the factors

4     as it related to Universal for those years, which

5     factors negatively -- negatively weighed against

6     Universal receiving discretionary allocation?

7                    MS. BOYD:  Object to form.

8                    THE WITNESS:  So I would say that

9               the -- you know, this current litigation,

10              not the prior suit.  That was already

11              settled, right, or resolved.  So this

12              current suit being in litigation over this

13              is I wouldn't say in the positive column

14              when we would make decisions on

15              discretionary allocation.

16                   And, you know, the facility not

17              participating in the Accelerate program is

18              not a positive.  Their actual velocity

19              performance metrics at times were not that

20              of region.

21                   And so those would be three that come

22              to mind, but, again, every time -- every

23              period we would look at these, you know,

24              decisions and go -- and then go from there.

25                   I believe that while -- the other one

Page 52

1          is just, you know, involvement and

2          participation in an HDAA.  And I know they,

3          you know, technically still stayed part of

4          an HDAA, but definitely tried to get out of

5          it for sure.

6          Q.    (By Mr. Bader)  Okay.  So the prior

7     litigation, just so we're clear, we're referring to

8     the lawsuit that was filed in 2018 and went to trial

9     in the fall of 2021 and then it's on appeal now.

10    You're saying that did not weigh into Hyundai's

11    decisions regarding discretionary allocation related

12    to Universal at all?

13         A.    This is the suit where we would have

14    contemplated, not that one.

15         Q.    So the lawsuit -- this one, the one filed

16    in December of 2021 regarding allocation, that's the

17    one you're saying impacted Hyundai's consideration of

18    Universal's entitlement to discretionary allocation?

19         A.    It was certainly something that we

20    considered.

21         Q.    Okay.  During what period of time was this

22    lawsuit considered as it relates to Universal's share

23    of the discretionary allocation?

24         A.    So as I mentioned, we didn't really -- the

25    discretionary pool wasn't necessarily something that

Page 55

1      MS. BOYD:  Ten minutes.

2      THE VIDEOGRAPHER:  Off the record,

3   11:21 a.m.

4      (A recess was taken.)

5      THE VIDEOGRAPHER:  On the record,

6   11:31 a.m.

7      Q.   (By Mr. Bader)  Mr. Kim, before the break,

8   we were talking about the factors that Hyundai

9   considered as it related to Universal's allocation

10  and which ones would have impacted their

11  discretionary allocations negatively, and you

12  identified three potential factors, the current

13  lawsuit that you're being deposed in today, their

14  facility, and the velocity of their sales.  Do you

15  recall that testimony?

16      A.   Yes.

17      Q.   Okay.  So -- and I believe you testified

18  that discretionary allocation wasn't as important or

19  scrutinized as much before about April of 2021.  Do

20  you recall that testimony?

21      A.   Yes.

22      Q.   Okay.  And at that point in time in April

23  of 2021, the prior lawsuit filed in 2018 remained

24  pending and had yet to go to trial; correct?

25      A.   At what date?

1        Q.    In April of 2021 that case had not yet
2    been tried; correct?
3        A.    Yeah.
4        Q.    Okay.  It was not tried until September
5    and October of that year; correct?
6        A.    Yes.
7        Q.    But your testimony is that that lawsuit
8    did not impact Universal's discretionary allocation?
9        A.    No.
10       Q.    Okay.
11       A.    At the time we weren't -- you know, again,
12   the discretionary pool vehicles, you know, this
13   was -- you know, we looked at all these different
14   factors, but, you know, at that time, no, for the
15   prior lawsuit.
16       Q.    Okay.  When you were deposed last Thursday
17   in your individual capacity, I asked you if the
18   factors Hyundai used in making discretionary
19   allocation decisions changed during the August of
20   2020 to August of 2022 time period you were the
21   regional general manager for Hyundai, and you said
22   no.
23             That seems to differ from what you're
24   telling me now.  Can you help me understand why
25   you're now saying that discretionary allocation and

1      the factors didn't really come into play until

2      sometime in 2021?

3                   MS. BOYD:  Object to form.

4                   THE WITNESS:  So the factors we

5             consider -- I mean, all those factors

6             remain the same, right, but, like I

7             mentioned earlier, there's no weighing to

8             any of this.

9                   And so the decisions that we made

10            to -- when we allocated the discretionary

11            pool, the circumstances could change month

12            to month to month, as I mentioned about,

13            like, the timing of the production.

14                  But I would also say that, you know,

15            when we had other initiatives that we were

16            trying to promote, you know, we would, you

17            know, factor that into the decision making.

18                  So, you know, the overall, like,

19            process itself remained the same, so it's

20            just what we considered and how we

21            considered it, you know, would vary, but

22            ultimately it was still the same process.

23            Q.    (By Mr. Bader)  So in the 2020 to 2022

24      time period, during which periods, whether it be

25      months or quarters, did the current lawsuit weigh

1      Q.    What do you mean by zero progress?

2      A.    He didn't meet -- you know, within the

3   official sort of paper commencement, there were

4   items -- there were milestones in which he needed to

5   achieve, which would include -- because his was a

6   renovation would have had to include demolition and

7   actual construction, and none of that happened.

8      Q.    So we talked about the facility as a

9   factor.  We talked about litigation as a factor.  And

10  the third one you mentioned was sales velocity.

11  During what periods of time was Universal's sales

12  velocity an issue that negatively impacted his

13  receipt of discretionary allocation?

14     A.    So there were periods where their

15  performance was better, right, and so that would have

16  been a positive.  And, you know, for the most -- you

17  know, during that time period, his sales velocity --

18  when we look at sales to availability and days to

19  retail and so forth were in line with the region, so

20  not necessarily a negative, like, impact, per se.

21     Q.    Okay.  So do you know of any time that his

22  sales velocity or days to retail or any similar

23  measurements would negatively impact his receipt of

24  discretionary allocation as you sit here today?

25     A.    Well, you know, prior to the -- you know,

1    buying -- you know, a new dealer coming into market,

2    you know, to put the -- you know, to get the dealers

3    off to a good start, you know, we would use the

4    discretionary pool to support those dealers.

5                And then fundamentally, you know, again,

6    the discretionary pool is used to support our

7    business needs, you know, which will change, the

8    directions, the strategic approaches, et cetera.

9    Those will change as market conditions change.  And

10   we contemplate all those various factors that I've

11   brought up prior to this.

12       Q.    Okay.  Aside from what you've shared so

13   far today, are there any written guidelines or

14   policies that Hyundai has for discretionary

15   allocation?

16       A.    So the written policy is that we can use

17   these units as like sort of -- you know, within our

18   sole discretion and as long as it's done in a fair

19   and equitable manner supporting in our business

20   goals, but I'm not aware of -- like, I don't -- to be

21   honest, I don't know, but I don't think there is.

22   But, you know, we have conversations and stuff about

23   that and how to best utilize it to drive our

24   business.

25       Q.    Okay.  For the written policies that

Page 80

1    require Hyundai to use the units, the discretionary

2    units, in a fair and equitable manner, where is that

3    written?

4         A.    In the -- I mean, I think it's in the

5    sales and service agreement, right, where it says we

6    would allocate in a fair and equitable manner.

7         Q.    Anywhere else?

8         A.    Not that I'm aware of.

9              MS. BOYD:  Nick, let's go off the

10   record for a second.

11             MR. BADER:  Okay.

12             THE VIDEOGRAPHER:  Off the record,

13   12:16 p.m.

14             (A recess was taken.)

15             THE VIDEOGRAPHER:  On the record,

16   12:22 p.m.

17        Q.    (By Mr. Bader)  Okay.  Mr. Kim, a moment

18   ago I asked about written guidelines or policies

19   regarding discretionary allocation, and you mentioned

20   the dealer agreement.  And then I asked about others,

21   and you said you don't know.

22             Is that -- you've had the opportunity to

23   speak with counsel now.  Is that still your answer

24   regarding discretionary allocation and written

25   policies or guidelines regarding that?

1          A.     Yes.  So there is no policy at this time

2     that's in effect, like, written-wise.

3          Q.     What about guidelines or guidance

4     regarding practices for discretionary allocation?

5          A.     You know, the region discretionary pool

6     is, you know, at the discretion of the region general

7     manager.  And, you know, the overarching component is

8     to use that discretionary pool to drive forward your

9     business, whatever those objectives and goals and

10    targets would be, whatever strategies that you may

11    need to implement to achieve your business metrics

12    that we -- you know, objectives that we assign to the

13    regions.

14              So, you know, the market conditions, et

15    cetera, can change, and so we give the GMs the sort

16    of latitude, if you will, to make those decisions.

17    And so, you know, we have conversations.  And

18    there's, you know, been discussions and, you know,

19    talking about things to consider, but at the end of

20    the day, the RGM makes that decision.

21         Q.     Okay.  You mentioned conversations in your

22    answer just now and you mentioned conversations also

23    a few minutes ago in an answer.  What sort of

24    conversations have taken place in recent years with

25    the southern region regarding discretionary

Page 82

1    allocation and how it should be handled?

2          A.    So there were conversations with, you

3    know, our headquarters with our dealer network team

4    to talk about factors to consider including, you

5    know, new dealer allocations, dealers that are

6    moving, you know, forward with Accelerate, the

7    facility portion of Accelerate, and other, I'll call

8    it, dealer network things, which, you know, I'll call

9    it -- litigation is another factor that was also

10   discussed.

11         We also would have sort of I'll call it

12   RGM, like, roundtable discussions, best practice

13   sharing type discussions on things to consider that

14   could help promote increasing, you know, sales

15   volume, you know, and sales velocity.  So those types

16   of discussions would be what I would say, you know,

17   most of those conversations would happen in.

18         Q.    Okay.  So you're saying most of them

19   happen with the dealer network team at headquarters.

20   What other conversations are there?

21         A.    Like I mentioned, the regional general

22   managers would often just talk amongst themselves and

23   best practice share and how to best leverage the GM

24   pool to accomplish the business objectives.

25         Q.    So in the context of discussions with the

Page 83

1      dealer network team at the national headquarters,

2      when did discussions happen regarding how

3      discretionary allocation should be handled?

4           A.    Periodically these discussions would

5      happen.  I believe, like, in a February time frame of

6      '22 there was -- you know, that's -- you know, you

7      shared an email with me, I think, email string where

8      we had conversations with the dealer network team on

9      Thursday or you shared that email with me on

10     Thursday, but around that time frame.

11          Q.    So you're referring to the email from Rob

12     Grafton to the regional general managers?

13          A.    Yes.

14          Q.    Okay.  Where did the factor regarding

15     litigation originate?

16          A.    Where it originated?

17          Q.    Yes.

18          A.    I don't know the answer to that question.

19     I just know when it was talked about what to

20     consider, but I don't know that.

21          Q.    Why did Hyundai start using litigation as

22     a factor for awarding discretionary allocation?

23          A.    So we want to use this allocation to

24     promote our business needs, and so, you know, we were

25     asked to consider a lot of different factors when

Page 92

1      was on a dealer lot during that month.

2           Q.    Okay.  And you considered those instances

3      where dealers would sell to a very low inventory or

4      to no inventory a success; right?

5           A.    Well, it's the best a dealer could do at

6      that moment.  Additionally, it also -- you know, it

7      literally maximized the opportunity for the region at

8      that point in time, right, when -- so long story

9      short, yes, it was not an easy thing to do, but it

10     was definitely an indicator of maximizing your sales

11     for the month.

12               (Plaintiff's Exhibit 5 was marked for

13          identification.)

14          Q.    (By Mr. Bader)  Let me show you a document

15     we'll mark as Exhibit 5 to your deposition.  This is

16     an email from Allan Harriman, who is the director of

17     the distribution department, to Barry Garside dated

18     July 23rd, 2021.  Do you see that?

19          A.    Yes.

20          Q.    For the record, it's Bates No. D004875.

21     Subject line here is Distribution Policy 2010 New,

22     and there's an attachment of the same name.  Do you

23     see that?

24          A.    Yes.

25          Q.    Why was Allan Harriman looking for this

Page 93

1    policy?

2          A.    That I don't know the answer to why he was

3    looking for it.

4          Q.    Do you know anything about this policy?

5          A.    It is the distribution policy that was, I

6    believe, created in 2010 that is no longer in effect.

7                (Plaintiff's Exhibit 6A was marked

8          for identification.)

9          Q.    (By Mr. Bader)  Okay.  I'll mark as

10   Exhibit 6 document Bates No. D004876.  Is this the

11   policy you're referring to?

12         A.    It looks like that one, yes.

13         Q.    Okay.  And you're saying this is no longer

14   in effect.  Why do you say that?

15         A.    Our counsel has told us that it's not

16   anymore, and so there's -- I mean, we don't really --

17   this is not -- you know, I don't know exactly when it

18   went out or why, but I know that it's not -- this is

19   not the policy procedure document that we have right

20   now because we really don't have one that's in

21   effect.

22         Q.    Do you know whether this was replaced with

23   a subsequent policy?

24         A.    To my knowledge, there is no subsequent

25   policy.  We just no longer recognize this as the

Page 94

1    policy.  And this -- that recognition happened before

2    my time and I know before 2019, but I don't know the

3    exact date of when it went into -- or when it went

4    out of effect.

5         Q.    Okay.  Let's flip to page 3.  So if you

6    look at the page numbered page 3 on here at top, it

7    says, Distribution Policy Regional Reserves.  Do you

8    see that?

9         A.    I see the title, yes.

10        Q.    And then on this page it says, Regional

11   management must exercise due care to avoid placing

12   any dealer or group of dealers in an unfair

13   competitive position versus surrounding and competing

14   dealers.  Do you see that?

15        A.    Yes.

16        Q.    Now, I understand that this written policy

17   is no longer in effect based on your answer a moment

18   ago.  Is this still the goal of Hyundai to not place

19   any dealer or dealer groups in an unfair competitive

20   position versus surrounding and competing dealers?

21             MS. BOYD:  Object to form.

22             THE WITNESS:  So we -- you know,

23        again, we use a formulaic approach to our

24        allocation system to make sure that it is

25        fair.  And we use a, you know, approach

1         A.    Can you blow it up, please.

2         Q.    Of course.  And then I'm going to -- these

3   are dated, for the record, May 8th, 2023.  Going to

4   the supplemental answer to the third interrogatory,

5   there's a listing of factors -- ten factors

6   considered by Hyundai for discretionary allocation.

7   If you could take a second and read that, please.

8         A.    Can you scroll down.  Okay.

9         Q.    Are these ten factors an exhaustive list

10  of the factors that the southern region considered

11  during the 2020 to 2022 time period when making

12  discretionary allocation decisions?

13        A.    It's a good list.  It's not the exhaustive

14  list.

15        Q.    What's missing from the list?

16        A.    At times there are customer specific

17  issues.  You know, if you had a major customer

18  complaint, sometimes we would find a unit to help

19  out.  Sometimes there are customer satisfaction

20  related issues.  If there were marketing programs

21  that needed some marketing support or marketing

22  vehicles, things like auto shows.

23            I don't think I read the -- you know,

24  dealer network considerations in the sense of a new

25  dealer came into -- you know, acquired another

Page 121

1      dealer, so there's not -- I mean, it's a good list,

2      but it's not 100 percent exhaustive list.

3           Q.    So you'd agree that this list on Exhibit 7

4      that we're looking at here has additional factors

5      beyond those in the answer in the Napleton lawsuit

6      that was Exhibit 6?

7           A.    Well, I mean, the list is a good list.

8      And, you know, some of them are not very specific,

9      like HMA has specific programs and initiatives the

10     company is working towards.  You know, it's a pretty

11     broad thing.  And, you know, things like helping out

12     in a customer sat issue or something like that could

13     fall in that category.  So, I mean, it's a good list.

14     Is it 100 percent explicit?  Probably not.

15          Q.    So we looked at the Napleton answer dated

16     July 27th of 2022, and it included some factors

17     regarding discretionary allocation, and then roughly

18     ten months later there's these interrogatory answers

19     in this case that's Exhibit 7 that has additional

20     factors, and now you're telling me that this list

21     doesn't have all of the factors and it's not an

22     exhaustive list.

23               So are there any that you have not shared

24     that are factors that Hyundai would consider in

25     making discretionary allocation decisions?

Page 125

1              THE VIDEOGRAPHER:  Off the record,

2         2:31 p.m.

3              (Off the record.)

4              THE VIDEOGRAPHER:  On the record,

5         2:36 p.m.

6         Q.   (By Mr. Bader)  So, Mr. Kim, when I

7    deposed you last Thursday I asked you if the factors

8    regarding Hyundai's -- the southern region's

9    decisions on discretionary allocation changed between

10   August of 2020 and August of 2022, and you said they

11   had not, and then I'm showing you what we've marked

12   as Exhibit 7 to your deposition.

13             In response to Interrogatory No. 6,

14   Hyundai says that -- and I'm paraphrasing, but based

15   on discussions with the national dealer development

16   team that litigation was a factor that was considered

17   by the southern region from approximately February of

18   2022 through April of 2022.

19             So what I was asking you before we took a

20   break for you to speak to your counsel is why is

21   there this inconsistency, whereas on one hand you're

22   telling me as the former regional general manager

23   that the factors didn't change and on the other hand

24   in interrogatory answers saying that the litigation

25   was only a factor for a three-month period.

Page 126

1          MS. BOYD:  Object to form.

2          THE WITNESS:  So on Thursday -- you

3      know, I'm not saying I didn't say that, but

4      I don't necessarily -- you know, at the

5      time that's what I thought.  But after

6      reviewing the documents in prep for this,

7      you know, it's -- you know, it's

8      acknowledged in this document that these

9      were things we started to consider at that

10     time frame, so that's just -- that's the

11     answer.

12          Q.    (By Mr. Bader)  So let me run at it a

13     different way.  When was litigation a factor

14     considered by the southern region as part of the

15     discretionary allocation decisions for dealers?

16          A.    So we would, you know, consider those --

17     you know, the time frame is consistent with what was

18     in that last document that you put up.

19          Q.    So you're now testifying with the aid of

20     the interrogatory answer, Exhibit 7 to your

21     deposition, that it was just the three months listed

22     in that document?

23          A.    So if we're looking at today, you know, it

24     would still -- you know, it's a consideration, right.

25     Again, we would consider it.  So I'm not sure I

Page 127

1    answered -- your question is what time?  I don't

2    understand your question, I guess.

3        Q.    Since 2020 when -- and by when, I mean

4    which months or which period was litigation a factor

5    considered by Hyundai for allocating discretionary

6    vehicles to dealers?

7        A.    So it would have been in that -- the month

8    of time period that we listed, which was, what, April

9    '22, '21, whatever it was, for the three months, and

10   then we then stopped, and then I can't tell you when

11   we started again, but I do know that we consider it.

12       Q.    So you're saying that for the three months

13   identified in the interrogatory answer that's Exhibit

14   7 to your deposition, which those three months are

15   February through April of 2022, that litigation was a

16   factor by the southern region for discretionary

17   vehicles?

18       A.    Yes.

19       Q.    Okay.  And you're also saying that at some

20   point that started again?

21       A.    Yes.

22       Q.    Okay.  So if we look back at Exhibit 6 to

23   your deposition, which was the Hyundai answer in the

24   Napleton lawsuit dated July 27th of 2022, it lists

25   litigation as a factor in discretionary allocation

Page 128

1    decisions; correct?

2         A.    Yes.

3         Q.    Okay.  So does that mean that by July of

4    2022 Hyundai had started using litigation as a factor

5    again?

6               MS. BOYD:  Object to form.

7         Q.    (By Mr. Bader)  You can answer it.

8         A.    So at the time of this -- if that was

9    July, then we would have been factoring it in, yes.

10   So then yes.

11        Q.    But you don't know when between April of

12   2022 and July of 2022 litigation began to be used as

13   a factor again?

14        A.    I don't.

15        Q.    And it continues to be used as a factor

16   today; correct?

17        A.    Yes.

18        Q.    Looking at Exhibit 6, it mentions some

19   consideration for the nature of any such litigation.

20   Do you see that?

21        A.    Yes.

22        Q.    Which sort of litigation would weigh

23   against dealers receiving discretionary allocation

24   from Hyundai?

25        A.    So in some situations -- you know, if a

Page 129

1    dealer entered into litigation with us, for lack of a

2    better term, to sort of, like, protect themselves,

3    but then came to Hyundai and continued dialogue to

4    work through situations and was reasonable in their

5    approach and wasn't asking for something that was,

6    you know, unreasonable, then, you know, those types

7    of situations we would consider.

8        Q.    When you mention dealers protecting

9    themselves, can you help me understand what sort of

10   litigation would fall in that category.

11            MS. BOYD:  Object to form.

12            THE WITNESS:  So in situations

13        that -- I'll just say an audit was

14        conducted, like a warranty audit or a sales

15        incentive audit, and then in some

16        situations they may, you know, contest the

17        audit and they'd have to also sort of file

18        a lawsuit to protect their situation while

19        we worked through that, otherwise they'd

20        give up their ability to pursue it.

21            So in situations like that where we

22        would continue the dialogue to explore what

23        the issues were or what all the factors

24        were, that could be an example that I would

25        use.

1      counsel.

2      Q.   (By Mr. Bader)  Does Hyundai tell dealers

3  how much discretionary allocation is available for

4  each period?

5      A.   No.

6      Q.   Does Hyundai tell dealers how they can

7  earn discretionary allocation?

8      A.   When we get requests for incremental

9  allocation, we explain to the dealer what's important

10  and what to focus on and then, et cetera.

11     Q.   You're referring to the velocity and

12  retail to availability and things like that; correct?

13     A.   Correct.

14     Q.   Does Hyundai -- we saw some emails earlier

15  that were to the whole dealer network.  Have you ever

16  seen any emails to the whole dealer network or to the

17  whole region of dealers explaining the factors used

18  for discretionary allocation?

19     A.   I don't remember.  There might have been.

20     Q.   But you don't recall any?

21     A.   No.

22     Q.   Can you recall any occasions where Hyundai

23  has told dealers they will not receive discretionary

24  allocation if they litigate with Hyundai?

25     A.   I don't -- I haven't, but I don't know if

1        A.    In my mind I was explaining to them how a
2    dealer could earn more allocation.
3        Q.    Okay.  So Universal was never told that
4    litigation could be a factor that would negatively
5    impact its discretionary allocation; correct?
6        A.    No.
7        Q.    Universal was never told that not
8    renovating its facility would potentially negatively
9    impact its discretionary allocation; correct?
10       A.    No.
11       Q.    Universal was never told that its status
12   with an HDAA program was a factor that could
13   negatively impact its allocation; correct?
14       A.    No.  Neither was any other dealer.
15       Q.    I mentioned facility and I mentioned HDAA,
16   but dealers were also not told that deciding not to
17   participate in any of the other voluntary programs
18   that Hyundai had could result in them not receiving
19   discretionary allocation, were they?
20       A.    No.
21       Q.    Okay.
22       A.    Neither was any other dealer.
23       Q.    Understood.
24       A.    But dealers were told what performance
25   metrics were important to focus on.

Page 182

1          give them discretionary allocation?

2                    MS. BOYD:  Object to form.

3                    THE WITNESS:  Again, we looked at a

4              lot of different reasons.  And when we made

5              those decisions to allocate those units, it

6              was the -- you know, I would say with the

7              intent to support the bigger picture, which

8              I've repeated before, to support the

9              greater good of the southern region.

10                   So I'm not really sure what you're

11             asking.  We gave them units, right, and

12             they deserved them based on our business

13             judgment.

14             Q.    (By Mr. Bader)  Based on the velocity

15        metric?

16             A.    That's definitely one of the things we

17        considered.

18                   (Plaintiff's Exhibit 13 was marked

19             for identification.)

20             Q.    (By Mr. Bader)  I'm going to show you an

21        email we'll mark as Exhibit 13 to your deposition.

22        This email string is between Todd Goetze and Brian

23        Sullivan and a portion of it was copied to Tim

24        Turbyfield back June 1st of 2022.  Do you see that?

25             A.    Yes.

Page 183

1        Q.    Okay.  And in this email Brian Sullivan is

2     asking for help on behalf of Universal, and he points

3     out that they'll be starting June with only eight

4     units, three of which are subject to a stop sale.  Do

5     you see that?

6        A.    Yes.

7        Q.    How many unit does Universal typically

8     sell in a month?

9        A.    At times they could go up to a couple

10    hundred, but, you know, 175-ish, 190-ish, depending

11    on the time of the year with seasonality.

12       Q.    At times it was much higher; correct?

13       A.    Yeah, it would be.

14       Q.    Do you think it would be reasonable to

15    help Universal out with additional allocation from

16    the GM pool when it has a low supply of product like

17    this?

18       A.    So, Nick, the time period that we are

19    talking about, okay, we start -- there were several

20    months from the May, June, July, August time period

21    where our region would start at 12, 1300 units on the

22    ground total, right.  Divide that by 135 dealers, you

23    could see what the average would start with.

24             There were many times where I had dealers

25    selling north of 350 vehicles a month starting with

Page 184

1      less than two or three on the ground.  So a point in

2      time email that you're showing to me in this time

3      period, this is very, very typical.  This is -- you

4      know, this -- and by the way, we had more units on

5      the ground and available to sell than the other OEMs,

6      so this does not surprise me.

7              You can see that we're trying to help.

8      You know, they sent a request in to expedite.  Tn

9      stands for tendered units, which means units that are

10     allocated that are on the way -- that are on the way

11     to FL023, which is Universal's code.  So the region

12     is actually trying to help the dealer get more units

13     faster for prioritizing our shipments to them over

14     other dealers.

15             In that same email, ████████████ is

16     starting with one unit on the ground.  So Universal

17     does not sell eight-fold to that of ██████████████.

18     So this is not something that is specific to

19     Universal.  This is -- this was -- this email is

20     very, very typical of what was going on during this

21     time period.

22             (Plaintiff's Exhibit 14 was marked

23          for identification.)

24         Q.   (By Mr. Bader)  Let me show you another

25     document we'll mark as 14 to your deposition.  This

1          were a little slow to react to get into the

2          high velocity game.  So, you know, there's

3          certain actions that impacted the

4          situation.

5          Q.    (By Mr. Bader)  Universal is a high volume

6     Hyundai dealership; correct?

7               MS. BOYD:  Object to form.

8               THE WITNESS:  So from a -- you know,

9          if you just look at the volume, they're one

10         of the larger stores.

11         Q.    (By Mr. Bader)  Do you have any reason to

12    believe that Hyundai would not -- strike that.  Do

13    you have any reason to believe that Universal would

14    not have been able to sell additional Hyundai

15    vehicles in 2021 and 2022 had Hyundai allocated more

16    to them?

17              MS. BOYD:  Object to form.

18              THE WITNESS:  I think that's a pretty

19         safe assumption that any dealer that got

20         allocated vehicles in that time frame would

21         have sold more.

22              MR. BADAR:  That's all I have for

23         today.  Ginger, along the lines of what we

24         discussed yesterday, we're reserving a

25         portion of time to come back to speak to