# 2019 MONTHLY SALES RESULTS

## For The Month Ending December 2019

January 8, 2019            Hyundai Motor America



**CONFIDENTIAL**

PLT 000957

| YTD Ranking | MTD Ranking | | | DEC 2019 | DEC 2018 | % Change |
|---|---|---|---|---|---|---|
| 1 | 1 | . FL108 | HYUNDAI OF NEW PORT RICHEY | 5927 | 5648 | 5 |
| 2 | | . NY075 | ATLANTIC HYUNDAI | 3067 | 3105 | -1 |
| 3 | | . CA314 | KEYES HYUNDAI | 2940 | 2691 | 9 |
| 4 | 3 | . FL122 | COCONUT CREEK HYUNDAI | 2820 | 2965 | -5 |
| 5 | 5 | . FL088 | O'BRIEN HYUNDAI OF FORT MYERS | 2577 | 2117 | 22 |
| 6 | 4 | . FL114 | RICK CASE HYUNDAI | 2522 | 2546 | -1 |
| 7 | | . CA321 | PUENTE HILLS HYUNDAI | 2487 | 2205 | 13 |
| 8 | 9 | . FL103 | UNIVERSAL HYUNDAI | 2486 | 2538 | -2 |
| 9 | 6 | . FL110 | DORAL HYUNDAI | 2477 | 2451 | 1 |
| 10 | 8 | . FL008 | POTAMKIN HYUNDAI | 2326 | 2181 | 7 |
| 11 | 7 | . FL005 | RICK CASE HYUNDAI | 2279 | 2657 | -14 |
| 12 | | . TX158 | RON CARTER HYUNDAI | 2226 | 2008 | 11 |
| 13 | | . NJ032 | LESTER GLENN HYUNDAI | 2221 | 2463 | -10 |
| 14 | 20 | . FL089 | JENKINS HYUNDAI | 2220 | 2033 | 9 |
| 14 | | . TX100 | HYUNDAI OF EL PASO | 2220 | 2136 | 4 |
| 16 | | . IL082 | NAPLETON'S VALLEY HYUNDAI | 2157 | 1631 | 32 |
| 17 | | . NJ011 | FREEHOLD HYUNDAI | 2152 | 1693 | 27 |
| 18 | | . CO034 | ARAPAHOE HYUNDAI | 2124 | 2315 | -8 |
| 19 | | . CA323 | NORM REEVES HYUNDAI SUPERSTORE | 2109 | 1859 | 13 |
| 20 | | . TX171 | SOUTH POINT HYUNDAI | 2075 | 2251 | -8 |



PLT 000965

CONFIDENTIAL

# 2020 MONTHLY SALES RESULTS

## For The Month Ending December 2020

January 8, 2021

Hyundai Motor America



PLT 001008

CONFIDENTIAL

## National Top 20 Dealers December 2020 YTD

| MTD Ranking | | Dealer Code | Dealer Name | DEC 2020 | DEC 2019 | % Change |
|---|---|---|---|---|---|---|
| 1 | . | FL108 | HYUNDAI OF NEW PORT RICHEY | 5490 | 5927 | -7 |
| 2 | . | NY075 | ATLANTIC HYUNDAI | 3464 | 3067 | 13 |
| 3 | . | FL122 | COCONUT CREEK HYUNDAI | 2959 | 2820 | 5 |
| 4 | . | FL110 | DORAL HYUNDAI | 2704 | 2477 | 9 |
| 5 | . | FL088 | O'BRIEN HYUNDAI OF FORT MYERS | 2508 | 2577 | -3 |
| 6 | . | FL005 | RICK CASE HYUNDAI | 2467 | 2279 | 8 |
| 7 | . | CA377 | RUSSELL WESTBROOK HYUNDAI | 2454 | 1479 | 66 |
| 8 | . | FL114 | RICK CASE HYUNDAI | 2428 | 2522 | -4 |
| 9 | . | TX158 | RON CARTER HYUNDAI | 2336 | 2226 | 5 |
| 10 | . | FL133 | BRAMAN HYUNDAI | 2255 | 1876 | 20 |
| 11 | . | FL103 | UNIVERSAL HYUNDAI | 2230 | 2486 | -10 |
| 12 | . | FL008 | POTAMKIN HYUNDAI | 2229 | 2326 | -4 |
| 13 | . | NJ033 | PARAMUS HYUNDAI | 2178 | 2021 | 8 |
| 14 | . | NJ046 | HUDSON HYUNDAI | 2168 | 1803 | 20 |
| 15 | . | NY110 | ADVANTAGE HYUNDAI | 2121 | 2057 | 3 |
| 16 | . | TX100 | HYUNDAI OF EL PASO | 2109 | 2220 | -5 |
| 17 | . | NJ032 | LESTER GLENN HYUNDAI | 2108 | 2221 | -5 |
| 18 | . | FL089 | JENKINS HYUNDAI | 2106 | 2220 | -5 |
| 19 | . | CA321 | PUENTE HILLS HYUNDAI | 2024 | 2487 | -19 |
| 20 | . | UT013 | MURDOCK HYUNDAI | 1960 | 1720 | 14 |

11



CONFIDENTIAL

PLT 001018

# 2021 MONTHLY SALES RESULTS
## For The Month Ending December 2021

January 7, 2022　　　　　　　　　　　　　　　　　　　　　　　　　Hyundai Motor America



PLT 001058

## National Top 20 Dealers: December 2021 YTD

| YTD Ranking | | Dealer Code | Dealer Name | DEC 2021 | DEC 2020 | % Change |
|---|---|---|---|---|---|---|
| 1 | . | FL148 | HYUNDAI OF NEW PORT RICHEY | 5430 | 0 | 0 |
| 2 | . | NY075 | ATLANTIC HYUNDAI | 4165 | 3464 | 20 |
| 3 | . | FL110 | DORAL HYUNDAI | 4136 | 2704 | 53 |
| 4 | . | CA377 | RUSSELL WESTBROOK HYUNDAI ANAHEIM | 3997 | 2454 | 63 |
| 5 | . | FL122 | COCONUT CREEK HYUNDAI | 3818 | 2959 | 29 |
| 6 | . | FL114 | RICK CASE HYUNDAI | 3266 | 2428 | 35 |
| 7 | . | FL005 | RICK CASE HYUNDAI | 3225 | 2467 | 31 |
| 8 | . | FL008 | POTAMKIN HYUNDAI | 3103 | 2229 | 39 |
| 9 | . | FL133 | BRAMAN HYUNDAI | 2980 | 2255 | 32 |
| 10 | . | FL147 | HYUNDAI OF FORT MYERS | 2865 | 162 | 1669 |
| 11 | . | CA393 | KEYES HYUNDAI OF VAN NUYS | 2713 | 366 | 641 |
| 12 | . | FL103 | UNIVERSAL HYUNDAI | 2526 | 2230 | 13 |
| 13 | . | FL125 | HOLLER HYUNDAI | 2383 | 1707 | 40 |
| 14 | . | NJ032 | LESTER GLENN HYUNDAI | 2375 | 2108 | 13 |
| 15 | . | CA323 | NORM REEVES HYU SUPERSTORE CERRITOS | 2360 | 1886 | 25 |
| 16 | . | FL143 | BRANDON HYUNDAI | 2339 | 1268 | 85 |
| 17 | . | NJ046 | HUDSON HYUNDAI | 2318 | 2168 | 7 |
| 18 | . | FL002 | LEHMAN HYUNDAI | 2303 | 1907 | 21 |
| 19 | . | TX100 | HYUNDAI OF EL PASO | 2297 | 2109 | 9 |
| 20 | . | NY110 | ADVANTAGE HYUNDAI | 2286 | 2121 | 8 |

13



CONFIDENTIAL

PLT 001070

# 2022 MONTHLY SALES RESULTS

## For The Month Ending April 2022

May 5, 2022

Hyundai Motor America



PLT 000797

## National Top 20 Dealers: April 2022 YTD

| YTD Ranking | | Dealer Code | Dealer Name | APR 2022 | APR 2021 | % Change |
|---|---|---|---|---|---|---|
| 1 | . | FL148 | HYUNDAI OF NEW PORT RICHEY | 2275 | 1043 | 118 |
| 2 | . | NY075 | ATLANTIC HYUNDAI | 1589 | 1265 | 26 |
| 3 | . | FL122 | COCONUT CREEK HYUNDAI | 1297 | 1259 | 3 |
| 4 | . | FL110 | DORAL HYUNDAI | 1281 | 1335 | -4 |
| 5 | . | FL114 | RICK CASE HYUNDAI | 1214 | 1102 | 10 |
| 6 | . | FL005 | RICK CASE HYUNDAI | 1043 | 1006 | 4 |
| 7 | . | CA323 | NORM REEVES HYU SUPERSTORE CERRITOS | 1027 | 739 | 39 |
| 8 | . | FL008 | POTAMKIN HYUNDAI | 999 | 935 | 7 |
| 9 | . | CA377 | RUSSELL WESTBROOK HYUNDAI ANAHEIM | 963 | 1726 | -44 |
| 10 | . | FL133 | BRAMAN HYUNDAI | 882 | 1031 | -15 |
| 11 | . | CA393 | KEYES HYUNDAI OF VAN NUYS | 865 | 868 | 0 |
| 12 | . | FL147 | HYUNDAI OF FORT MYERS | 813 | 1040 | -22 |
| 13 | . | FL125 | HOLLER HYUNDAI | 797 | 759 | 5 |
| 14 | . | MD042 | HERITAGE HYUNDAI TOWSON | 774 | 612 | 27 |
| 15 | . | FL141 | HYUNDAI OF CENTRAL FLORIDA | 765 | 745 | 3 |
| 16 | . | AZ053 | LARRY H. MILLER HYUNDAI PEORIA | 764 | 0 | 0 |
| 17 | . | UT013 | MURDOCK HYUNDAI | 762 | 725 | 5 |
| 18 | . | NJ032 | LESTER GLENN HYUNDAI | 737 | 900 | -18 |
| 19 | . | VA045 | PRIORITY HYUNDAI GREENBRIER | 721 | 548 | 32 |
| 20 | . | FL131 | KENDALL HYUNDAI | 718 | 726 | -1 |



CONFIDENTIAL

PLT 000807