Exhibit C

# Lost Hyundai Total Relevant Allocation Based on Share of *Southern Region Consistent Dealer Set* *
## 2019 Nationwide New Hyundai Retail Car + Light Truck Sales
### Universal
### 2020 Q3 - 2022 Q2

|  | (1) | (2)<br>(1) * 2.93% | (3) | (4)<br>(2) - (3) |
|---|---|---|---|---|
|  | 2019 - 7/2022 Southern Region Consistent Dealer Set* Total Relevant **Allocation** | Universal | | |
|  |  | Expected Total Relevant **Allocation** | Actual Total Relevant **Allocation** | Lost Total Relevant **Allocation** |
| 2020 Q3 | 34,913 | 1,023 | 767 | 256 |
| 2020 Q4 | 28,363 | 831 | 820 | 11 |
| 2021 Q1 | 31,820 | 932 | 777 | 155 |
| 2021 Q2 | 17,314 | 507 | 455 | 52 |
| 2021 Q3 | 13,388 | 392 | 292 | 100 |
| 2021 Q4 | 25,300 | 741 | 488 | 253 |
| 2022 Q1 | 27,513 | 806 | 544 | 262 |
| 2022 Q2 | 28,682 | 840 | 540 | <u>300</u> |
| **Sum** |  |  |  | 1,389 |

\* Dealers open entire time frame 2019 - 7/2022 and within intersection of pre- and post-7/2019 Southern Region.

SOURCE: The Fontana Group, Inc.
DATA: Manufacturer RDR Data File, 2019.
Manufacturer VIN-Level Allocation Data Files, 7/2020 - 6/2022.
Manufacturer VIN-Level Discretionary Allocation Data Files, 7/2020 - 6/2022.
F:\UNHA: LOSTALLO.XLSX:SR9T:99:HHTEII

Tab 24  Page 1

CONFIDENTIAL

# Nationwide New Hyundai Retail Car + Light Truck Sales
# Universal as a Percent of
# Southern Region Consistent Dealer Set*
# 2019

| Universal | Southern Region Consistent Dealer Set* | Universal % Southern Region Consistent Dealer Set* |
|---|---|---|
| 2,494 | 85,140 | 2.93% |

\* Dealers open entire time frame 2019 - 7/2022 and within intersection of pre- and post-7/2019 Southern Region.
Note: Analysis based on final sale with no subsequent sale reversal.

SOURCE: The Fontana Group, Inc.
DATA: Manufacturer RDR Data File, 2019.
F:\UNHA: NWPCT.XLSX:SR19:99:HHTDII:RHITHII:99

Tab 24  Page 2

**CONFIDENTIAL**

# Lost Hyundai Total Relevant Allocation Based on
# Share of *Florida Consistent Dealer Set* *
# 2019 Nationwide New Hyundai Retail Car + Light Truck Sales
# Universal
# 2020 Q3 - 2022 Q2

|  | (1) | (2)<br>(1) * 3.77% | (3) | (4)<br>(2) - (3) |
|---|---|---|---|---|
|  | 2019 - 7/2022<br>Florida<br>Consistent<br>Dealer Set*<br>Total<br>Relevant<br>Allocation | Universal | | |
|  |  | Expected<br>Total<br>Relevant<br>Allocation | Actual<br>Total<br>Relevant<br>Allocation | Lost<br>Total<br>Relevant<br>Allocation |
| 2020 Q3 | 26,477 | 998 | 767 | 231 |
| 2020 Q4 | 21,902 | 826 | 820 | 6 |
| 2021 Q1 | 24,398 | 920 | 777 | 143 |
| 2021 Q2 | 13,526 | 510 | 455 | 55 |
| 2021 Q3 | 10,328 | 389 | 292 | 97 |
| 2021 Q4 | 18,878 | 712 | 488 | 224 |
| 2022 Q1 | 20,679 | 780 | 544 | 236 |
| 2022 Q2 | 20,999 | 792 | 540 | 252 |
| **Sum** |  |  |  | 1,244 |

\* Dealers open entire time frame 2019 - 7/2022 and within intersection
of pre- and post-7/2019 Southern Region.

SOURCE: The Fontana Group, Inc.
DATA: Manufacturer RDR Data File, 2019.
Manufacturer VIN-Level Allocation Data Files, 7/2020 - 6/2022.
Manufacturer VIN-Level Discretionary Allocation Data Files, 7/2020 - 6/2022.
F:\UNHA: LOSTALLO.XLSX:SF9T:99:HHTEII

Tab 24  Page 3

**CONFIDENTIAL**

# Nationwide New Hyundai Retail Car + Light Truck Sales
## Universal as a Percent of
## Florida Consistent Dealer Set*
## 2019

| Universal | Florida Consistent Dealer Set* | Universal % Florida Consistent Dealer Set* |
|---|---|---|
| 2,494 | 66,067 | 3.77% |

\* Dealers open entire time frame 2019 - 7/2022 and within intersection of pre- and post-7/2019 Southern Region.

Note: Analysis based on final sale with no subsequent sale reversal.

SOURCE: The Fontana Group, Inc.
DATA: Manufacturer RDR Data File, 2019.
F:\UNHA: NWPCT.XLSX:SF19:99:HHTDII:RHITHII:99

Tab 24  Page 4

**CONFIDENTIAL**

# Lost Hyundai Total Relevant Allocation Based on
# Share of *Southern Region Consistent Dealer Set* *
# 2019 - 6/2020 Nationwide New Hyundai Retail Car + Light Truck Sales
# Universal
# 2020 Q3 - 2022 Q2

|  | (1) | (2)<br>(1) * 2.82% | (3) | (4)<br>(2) - (3) |
|---|---|---|---|---|
|  | 2019 - 7/2022<br>Southern Region<br>Consistent<br>Dealer Set*<br>Total<br>Relevant<br>**Allocation** | **Expected**<br>Total<br>Relevant<br>**Allocation** | Universal<br>**Actual**<br>Total<br>Relevant<br>**Allocation** | Lost<br>Total<br>Relevant<br>**Allocation** |
| 2020 Q3 | 34,913 | 985 | 767 | 218 |
| 2020 Q4 | 28,363 | 800 | 820 | (20) |
| 2021 Q1 | 31,820 | 897 | 777 | 120 |
| 2021 Q2 | 17,314 | 488 | 455 | 33 |
| 2021 Q3 | 13,388 | 378 | 292 | 86 |
| 2021 Q4 | 25,300 | 713 | 488 | 225 |
| 2022 Q1 | 27,513 | 776 | 544 | 232 |
| 2022 Q2 | 28,682 | 809 | 540 | <u>269</u> |
| **Sum** |  |  |  | 1,163 |

\* Dealers open entire time frame 2019 - 7/2022 and within intersection
of pre- and post-7/2019 Southern Region.

SOURCE: The Fontana Group, Inc.
DATA: Manufacturer RDR Data File, 2019 - 6/2020.
Manufacturer VIN-Level Allocation Data Files, 7/2020 - 6/2022.
Manufacturer VIN-Level Discretionary Allocation Data Files, 7/2020 - 6/2022.
F:\UNHA: LOSTALLO.XLSX:SR2T:99:HHTEII

Tab 24  Page 5

**CONFIDENTIAL**

# Nationwide New Hyundai Retail Car + Light Truck Sales
# Universal as a Percent of
# Southern Region Consistent Dealer Set*
# 2019 - 6/2020

| Universal | Southern Region Consistent Dealer Set* | Universal % Southern Region Consistent Dealer Set* |
|---|---|---|
| 3,550 | 125,750 | 2.82% |

\* Dealers open entire time frame 2019 - 7/2022 and within intersection of pre- and post-7/2019 Southern Region.
Note: Analysis based on final sale with no subsequent sale reversal.

SOURCE: The Fontana Group, Inc.
 DATA: Manufacturer RDR Data File, 2019 - 6/2020.
F:\UNHA: NWPCT.XLSX:SR92:99:HHTDII:RHITHII:99

Tab 24  Page 6

**CONFIDENTIAL**

# Lost Hyundai Total Relevant Allocation Based on
# Share of *Florida Consistent Dealer Set* *
# 2019 - 6/2020 Nationwide New Hyundai Retail Car + Light Truck Sales
# Universal
# 2020 Q3 - 2022 Q2

|  | (1) | (2)<br>(1) * 3.65% | (3) | (4)<br>(2) - (3) |
|---|---|---|---|---|
|  | 2019 - 7/2022<br>Florida<br>Consistent<br>Dealer Set*<br>Total<br>Relevant<br>**Allocation** | Universal | | |
|  |  | **Expected**<br>**Total**<br>**Relevant**<br>**Allocation** | **Actual**<br>**Total**<br>**Relevant**<br>**Allocation** | **Lost**<br>**Total**<br>**Relevant**<br>**Allocation** |
| **2020 Q3** | 26,477 | 966 | 767 | 199 |
| **2020 Q4** | 21,902 | 799 | 820 | (21) |
| **2021 Q1** | 24,398 | 891 | 777 | 114 |
| **2021 Q2** | 13,526 | 494 | 455 | 39 |
| **2021 Q3** | 10,328 | 377 | 292 | 85 |
| **2021 Q4** | 18,878 | 689 | 488 | 201 |
| **2022 Q1** | 20,679 | 755 | 544 | 211 |
| **2022 Q2** | 20,999 | 766 | 540 | <u>226</u> |
| **Sum** |  |  |  | 1,054 |

\* Dealers open entire time frame 2019 - 7/2022 and within intersection
of pre- and post-7/2019 Southern Region.

SOURCE: The Fontana Group, Inc.
DATA: Manufacturer RDR Data File, 2019 - 6/2020.
Manufacturer VIN-Level Allocation Data Files, 7/2020 - 6/2022.
Manufacturer VIN-Level Discretionary Allocation Data Files, 7/2020 - 6/2022.
F:\UNHA: LOSTALLO.XLSX:SF2T:99:HHTEII

Tab 24  Page 7

**CONFIDENTIAL**

# Nationwide New Hyundai Retail Car + Light Truck Sales
# Universal as a Percent of
# Florida Consistent Dealer Set*
# 2019 - 6/2020

| Universal | Florida Consistent Dealer Set* | Universal % Florida Consistent Dealer Set* |
|---|---|---|
| 3,550 | 97,267 | 3.65% |

\* Dealers open entire time frame 2019 - 7/2022 and within intersection of pre- and post-7/2019 Southern Region.
Note: Analysis based on final sale with no subsequent sale reversal.

SOURCE: The Fontana Group, Inc.
 DATA: Manufacturer RDR Data File, 2019 - 6/2020.
F:\UNHA: NWPCT.XLSX:SF92:99:HHTDII:RHITHII:99

Tab 24  Page 8

**CONFIDENTIAL**