**Exhibit D**



**FL103 Universal Hyundai (South Orlando)**

Time Period: **Dec 2021 Regs**  Benchmark: **State Represented**  Segment: **Total Vehicles**

## Sales Efficiency Trend

The **Sales Efficiency Trend** shows your dealership's monthly year-to-date sales efficiency, with 100% being the average.



|  | Dec 2020 | Jan 2021 | Feb 2021 | Mar 2021 | Apr 2021 | May 2021 | Jun 2021 | Jul 2021 | Aug 2021 | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Nationwide Sales | -- | 141 | 331 | 650 | 917 | 1,225 | 1,441 | 1,664 | 1,855 | 1,987 | 2,162 | 2,277 | 2,463 |
| Expected at the State Represented Benchmark | -- | 232 | 461 | 770 | 1,091 | 1,503 | 1,771 | 2,038 | 2,361 | 2,539 | 2,727 | 2,988 | 3,216 |
| Sales Efficiency (%) | -- | 60.8 | 71.8 | 84.4 | 84.1 | 81.5 | 81.4 | 81.6 | 78.6 | 78.3 | 79.3 | 76.2 | 76.6 |

CONFIDENTIAL                                                                PLT 012686

## Filter Summary

| Criteria | Value |
|---|---|
| Time Span | CYTD |
| Geography | South Orlando |
| Category | Retail |
| Time Period/Data Type | **December 2021 Sales and Regs** |
| Data Type | Registrations |
| Benchmark | State Represented |
| Segment | Total Vehicles |

Retrieved On: 07/28/2023 05:56 PM
Last Updated: 07/21/2023
Data Ref: Dec 2021 Regs CYTD
Geog Ref: Represented Basefile as of 07/18/2023 on 2010 Census Tracts

© 2023 Urban Science Applications, Inc. All Rights Reserved.

Urban Science® DataHub™ | New Sales
Data Source: Urban Science with Hyundai Sales Data
Data Source: Experian
Note: May include previous dealer data in case of a buy-sell.
Note: Segmentations vary based on availability.
This exhibit does not include Retail Sales Category H sales.

CONFIDENTIAL



**FL103 Universal Hyundai (South Orlando)**

Time Period: **Dec 2022 Regs**  Benchmark: **State Represented**  Segment: **Total Vehicles**

## Sales Efficiency Trend

The **Sales Efficiency Trend** shows your dealership's monthly year-to-date sales efficiency, with 100% being the average.



|  | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Nationwide Sales | 2,463 | 146 | 305 | 465 | 657 | 800 | 973 | 1,171 | 1,377 | 1,550 | 1,723 | 1,920 | 2,110 |
| Expected at the State Represented Benchmark | 3,216 | 298 | 535 | 784 | 1,042 | 1,333 | 1,571 | 1,921 | 2,206 | 2,445 | 2,759 | 3,007 | 3,239 |
| Sales Efficiency (%) | 76.6 | 49.0 | 57.0 | 59.3 | 63.1 | 60.0 | 61.9 | 61.0 | 62.4 | 63.4 | 62.5 | 63.9 | 65.1 |

### Filter Summary

| Criteria | Value |
|---|---|
| Time Span | CYTD |
| Geography | South Orlando |
| Category | Retail |
| Time Period/Data Type | **December 2022 Sales and Regs** |
| Data Type | Registrations |
| Benchmark | State Represented |
| Segment | Total Vehicles |

Retrieved On: 07/28/2023 05:57 PM
Last Updated: 07/21/2023
Data Ref: Dec 2022 Regs CYTD
Geog Ref: Represented Basefile as of 07/18/2023 on 2010 Census Tracts

© 2023 Urban Science Applications, Inc. All Rights Reserved.

Urban Science® DataHub™ | New Sales
Data Source: Urban Science with Hyundai Sales Data
Data Source: Experian
Note: May include previous dealer data in case of a buy-sell.
Note: Segmentations vary based on availability.
This exhibit does not include Retail Sales Category H sales.

CONFIDENTIAL