# EXHIBIT E

Pursuant to Local Rule 1.11(d), this exhibit serves as a placeholder for documents produced by Defendants which have been marked as confidential and plausibly qualify for sealing. Plaintiff intends to file the following items as a single exhibit:

1. Exhibit 22A to the Supplemental Gardemal Report;
2. Exhibit 22B to the Supplemental Gardemal Report.