# EXHIBIT F

Pursuant to Local Rule 1.11(d), this exhibit serves as a placeholder for documents produced by Defendants which have been marked as confidential and plausibly qualify for sealing. Plaintiff intends to file the following item(s) as a single exhibit:

1. D_001215
2. D_001270;
3. D_001465;
4. D_001857;
5. D_002018;
6. D_002369;
7. D_003246.