```
 1            UNITED STATES DISTRICT COURT
 2             MIDDLE DISTRICT OF FLORIDA
 3                 ORLANDO DIVISION
 4
 5                           Case No.:  6:21-cv-02152
 6   _____
 7   ACTION NISSAN, INC. d/b/a
 8   UNIVERSAL HYUNDAI for itself and
 9   in the name of the Department of
10   Highway Safety and Motor Vehicles
11   of the State of Florida, for its
12   use and benefit,
13              Plaintiff,
14   v.
15   HYUNDAI MOTOR AMERICA CORPORATION,
16   and GENESIS MOTOR AMERICA, LLC,
17              Defendants.
18   _____
19        VIDEO-RECORDED IN-PERSON AND REMOTE ZOOM
20      VIDEOCONFERENCE DEPOSITION OF TRISHA QUEZADA
21                Taken Friday, June 2, 2023
22                Scheduled for 9:00 a.m. CDT
23
24   REPORTED BY:  DANA S. ANDERSON-LINNELL
25   Job No.:  ATL 5918251
```

1  VIDEO-RECORDED IN-PERSON AND REMOTE ZOOM
2  VIDEOCONFERENCE DEPOSITION OF TRISHA QUEZADA taken on
3  Friday, June 2, 2023, commencing at 9:11 a.m. CDT, at
4  the law offices of Nelson Mullins, 1600 Utica Avenue
5  South, Suite 750, Minneapolis, Minnesota and via a
6  REMOTE COUNSEL ZOOM PROCEEDING, before Dana S.
7  Anderson-Linnell, a Stenographic Shorthand Reporter
8  and Notary Public of and for the State of Minnesota.
9  ***************
10
11                       APPEARANCES
12
13  On Behalf of Plaintiff Action Nissan, Inc.:
14  Jason T. Allen, Esquire (remotely)
15  Nicholas A. Bader, Esquire (remotely, partial day)
16  Andrew Thomas, Esquire (remotely)
17  BASS SOX MERCER
18  2822 Remington Green Circle
19  Tallahassee, FL 32308
20  Email:   jallen@bsm-law.com
21           jallen@bsm-law.com
22
23  (Appearances continued on next page.)
24
25

1  APPEARANCES (continued):

2

3  On Behalf of Defendants Hyundai Motor America and

4  Genesis Motor America and the Witness:

5  Christopher C. Genovese, Esquire

6  NELSON MULLINS RILEY & SCARBOROUGH, LLP

7  1320 Main Street, 17th Floor

8  Columbia, SC 29201

9  Email:  chris.genovese@nelsonmullins.com

10

11  ALSO PRESENT:  Dave Young, videographer

12

13  NOTE:  The original transcript will be filed with the

14  Bass Sox Mercer Law Firm, pursuant to the applicable

15  Rules of Civil Procedure.

16

17

18

19

20

21

22

23

24

25

| | INDEX | PAGE |
|---|---|---|
| 1 | | |
| 3 | WITNESS: TRISHA QUEZADA | |
| 4 | EXAMINATION BY: | |
| 5 | Mr. Allen | 9 |

INSTRUCTIONS NOT TO ANSWER: (None.)

PRODUCTION REQUESTS: (None.)

INDEX OF EXHIBITS:

| | | |
|---|---|---|
| Exhibit 1 - D_000332-333 Pass II Plan Feb 2021 | | 127 |
| Exhibit 2 - D_000342 - 343 | | 138 |
| Exhibit 3 - D_000428 - 429 | | 143 |
| Exhibit 4 - D_002871_Re Santa Fe is ODD in Allocation | | 149 |
| Exhibit 5 - D_004770-4780 | | 153 |

1  INDEX OF EXHIBITS (continued):                         PAGE

3  Exhibit 6 - D_000334-335                                161

5  Exhibit 7 - D_001354                                    167

7  Exhibit 8 - D_001356                                    172

9  Exhibit 9 - D_0004747-51 Quezada manual
10 allocation                                              178

12 Exhibit 10 - D_004876 Regional
13 Distribution Allocation & Reserve
14 Procedures                                              184

16 Exhibit 11 - D_003085_Re May National
17 Allocation for July Production                          192

19 Exhibit 12 - D_002892 RE FW Dist S02
20 Allocation Earnings by Dealer                           196

22 Exhibit 13 - D_003505 District B
23 Earnings Question                                       201

1  INDEX OF EXHIBITS (continued):                    PAGE
2
3  Exhibit 14 - D_005172 FW Vehicles for
4  O Plan Certificates - Mike Brown URGENT            205
5
6  Exhibit 15 - D_004874 RE April DND
7  Meeting DRAFT                                      209
8
9  (Original exhibits attached to original transcript;
10 copies to counsel as requested.)
11
12 REPORTER'S NOTE: All quotations from exhibits are
13 reflected in the manner in which they were read into
14 the record and do not necessarily indicate an exact
15 quote from the document.
16
17
18
19
20
21
22
23
24
25

1      Mr. Garside or Mr. Harriman have meetings with
2      Mr. Parker to discuss allocation and
3      distribution?
4      A.    Standing meetings or occasional
5      meetings?
6      Q.    Either one.
7      A.    I'm not aware of any standing meetings,
8      I know that there have been
9      distribution-related meetings that have
10     occurred with Randy over the past few years.
11     Q.    How many of those have you participated
12     in?
13     A.    A handful.
14     Q.    What was the general subject matter of
15     those meetings?
16     A.    The majority were about national market
17     action support.  And there were, I recall, one
18     or two related to explanations of the algorithm
19     math for BDS and turn and earn.
20     Q.    When you say "national market action
21     support," can you describe to me what you mean
22     by that?
23     A.    Cars to support buy/sells in open points
24     and facility enhancements.
25     Q.    Do those cars come out of the formula

1  pool, or is there a separate pool of cars that
2  those would come from?
3  A.    I'm trying to explain this succinctly.
4  We have a total pool of production.  And when
5  we are managing that production order at the
6  time we place the order, we hold apart five
7  percent for national needs, whether that's
8  these market actions for auto shows, for
9  company cars, for -- you know, we need a car at
10 an event, something like that.  So those cars
11 either get used for national purposes, or they
12 go back into the formulaic allocation system if
13 they don't get used.  So they are held out for
14 this, but it's also in many cases just a timing
15 shift of when they go into the allocations to
16 the dealers.
17 Q.    I think I understand that.  So let me
18 repeat it back to you to see if I followed.  So
19 five percent of the production is held out for
20 national needs, and if there are vehicles that
21 are not used for those national needs, then
22 they would flow back into the formula, is that
23 right?
24 A.    Correct.
25 Q.    Okay.  You did a good job of explaining

1　　　　　　　MR. GENOVESE:  Object to the form.
2　　　　　　　You can answer.
3　　　　　　　THE WITNESS:  My job is more
4　　consultative now.  I used to run the production
5　　allocation.  So obviously that portion of my
6　　job doesn't currently happen.  But I'm
7　　troubleshooting the stock allocations more if
8　　the regions run into problems and monitoring
9　　them more.
10　　BY MR. ALLEN:
11　　Q.　　What percentage of the overall
12　　production goes into the formula or the system
13　　allocation?
14　　A.　　Eighty-five percent.
15　　Q.　　And then is five percent withheld for
16　　the national actions that we talked about
17　　earlier?
18　　A.　　Yes.
19　　Q.　　But some of that could actually be fed
20　　back into the system if they're not used?
21　　A.　　Correct.
22　　Q.　　Okay.  And then what's the other ten
23　　percent?
24　　A.　　That's the discretionary pool that the
25　　regions have for manual or -- yeah, manual

1    allocations, discretionary allocation.
2    Q.   How is that ten percent divided amongst
3    the regions?
4    A.   It's not specifically -- we give the
5    regions a total volume, and they carve it up.
6    Q.   So the -- let me see if I get this
7    correct.  The region is given a total volume.
8    And then does the region ensure that 85 percent
9    of that total volume is run through the stock
10   allocation?
11   A.   Yes.
12   Q.   Do they manually input that?
13   A.   Sometimes.
14   Q.   What would happen if they don't manually
15   input that?
16   A.   They have the ability to have the system
17   calculate it for them.
18   Q.   Who -- in the, again, stock allocation
19   world that we're in, who decides -- on the
20   85 percent, who decides whether balanced days
21   supply or turn and earn is used for the
22   allocation groups?
23   A.   In what time period?
24   Q.   So as we sit here today.
25   A.   As we sit here today, the regions have

1   been told they must run balanced days supply
2   unless it's a new model that doesn't have
3   enough data to allow that calculation to occur.
4       Q.   And who made that decision?
5       A.   I don't know who made the final
6   decision.
7       Q.   Who was involved with that decision?
8       A.   Allan and -- I wasn't in the rest of the
9   meetings.  I was communicated it by Allan.  So
10  I would be guessing.
11      Q.   I don't want to you guess.  I just want
12  to ask questions.  If you have knowledge, you
13  can tell me.  If you don't, I understand.  Did
14  Allan communicate who was involved in the
15  decision?
16      A.   Not explicitly, no.
17      Q.   Was there implicit communications that
18  another department was involved?
19      A.   I know it happened -- I know there were
20  discussions, but I -- I don't know who was all
21  in the room is the problem.  There are
22  multiple, you know, upper level meetings that
23  I'm not part of, and I don't see the attendee
24  list.
25      Q.   How long has the requirement to use

1	balanced days supply been in place?
2	A.	I don't remember off the top of my head.
3	Q.	Has it been, you know, fairly recent,
4	like the last month or two, or do you think it
5	was in place in 2022?
6	A.	It was definitely in place during
7	part -- at least some of 2022.  I just don't
8	remember exactly when that mandate went out.
9	Q.	Okay.
10	A.	I'll admit a lot of the time blurs
11	together.
12	Q.	I hear you on that.  I definitely hear
13	you on that.  In your time in this role at
14	Hyundai, so now I'm talking about in your time
15	in the role, not just where we sit today,
16	have -- the percentages of production that flow
17	into the system allocation, have they changed
18	at all?
19	A.	Yeah, they've shifted some back and
20	forth over time, but not wildly, right?  More
21	in the, like, five, 10 percent range, I would
22	say, not, you know, 50 percent or more.
23	Q.	So currently the discretionary portion
24	is ten percent, is that what you said?
25	A.	Fifteen.

1    Q.    Fifteen.  So five is the national, ten
2    is the regional?
3    A.    Effectively.  It's a little hard -- that
4    five percent we hold out as a time shift, not
5    necessarily strictly a discretionary
6    allocation.
7    Q.    So let's talk about the ten percent.
8    How has that percentage changed during your
9    time with Hyundai?
10   A.    In time -- well, it ebbs and flows based
11   on how much consumer demand there is and how --
12   what the production situation is.  When our
13   production was pretty right-sized, the
14   manual -- and our dealer development actions
15   were low, the amount of manual allocation was
16   low.  When we had a whole lot of cars and not a
17   lot of demand, manual allocation was higher.
18   And when we have a lot of network actions, the
19   manual allocations are higher.
20   Q.    You used the term "right-sized" a couple
21   times.  What is your understanding of a
22   right-sized inventory or allocation?
23   A.    I use that to mean when demand and
24   production are balanced so that we are not
25   sitting on excess inventory at the port, nor do

1  A. Correct.
2  Q. Okay. I want to switch gears for a
3  second and ask: Are you aware that Hyundai has
4  a certain expectation for how many vehicles
5  each dealer should sell?
6  A. Yes.
7  Q. And how does the formula or system
8  allocation take into account what the dealer is
9  expected to sell?
10  A. It doesn't.
11  Q. But you would agree that a dealer can't
12  sell what it doesn't have, right?
13        MR. GENOVESE: Object to the form.
14        THE WITNESS: Yeah.
15  BY MR. ALLEN:
16  Q. Do you believe the formula should have
17  an input for the dealer's sales expectations?
18        MR. GENOVESE: Object to the form.
19        THE WITNESS: I'm not sure how my
20  opinion is relevant there, but no.
21  BY MR. ALLEN:
22  Q. Well, you -- we talked about earlier
23  today that there is a forward-looking component
24  to the formula, correct?
25  A. Not at the dealer level, no.