```
 1            UNITED STATES DISTRICT  COURT
              MIDDLE DISTRICT OF FLORIDA
 2                 ORLANDO DIVISION
 3
 4
 5   ACTION NISSAN, INC. D/B/A      )
     UNIVERSAL HYUNDAI FOR          )
 6   ITSELF AND IN THE NAME         )
     OF THE DEPARTMENT OF           )
 7   HIGHWAY SAFETY AND MOTOR       )
     VEHICLES OF THE STATE OF       )CASE NO.:6:21-cv-02152
 8   FLORIDA, FOR ITS USE           )
     AND BENEFIT,                   )
 9                                  )
              Plaintiff,            )
10                                  )
     vs.                            )
11                                  )
     HYUNDAI MOTOR AMERICA          )
12   CORPORATION AND GENESIS        )
     MOTOR AMERICA, LLC,            )
13                                  )
              Defendant.            )
14
15
16            DEPOSITION OF BOB KIM,
17   before Erika Brown, Certified Verbatim Reporter,
18              at the offices of
19     Nelson, Mullins, Riley & Scarborough, LLP
20        201 17th Street, NW, Suite 1700,
21              Atlanta, Georgia,
22     on June 22, 2023, commencing at 9 a.m.
23
24
25            ERIKA BROWN, CCR, CVR
```

1                    A P P E A R A N C E S
2
3    On Behalf of the Plaintiffs:
4              Nicholas  A. Bader, Esquire
               BASS SOX MERCER
5              2822 Remington Green Circle
               Tallahassee, Florida 32308
6              Office: (850) 524-0313
               E-mail: nbader@bsm-law.com
7
8              Andrew  Thomas, Esquire (via Zoom)
               BASS SOX MERCER
9              2822 Remington Green Circle
               Tallahassee, Florida 32308
10             Office: (850) 878-6404
               E-mail: athomas@dealerlawyer.com
11
12
     On Behalf of the Defendants:
13
               Christopher Genovese, Esquire
14             NELSON, MULLINS, RILEY & SCARBOROUGH
               1320 Main Street 17th Floor
15             Columbia, South Carolina 29201
               Office: (803) 255-9543
16             E-mail: chris.genovese@nelsonmullins.com
17             Katie Neville, Esquire
               Hyndai Motor America
18             10550 Talbert Avenue
               Fountain Valley, California 92705
19             Office: (657) 292-5680
               E-mail: kneville@hmausa.com
20
21
22   Also Appearing:
23   David Ramirez - Videographer
24
25

```
 1                    I N D E X
 2   WITNESS:                                    Page
     BOB KIM
 3     Examination by Mr. Bader                     4
 4
 5
 6
 7
 8
 9                    EXHIBITS
10   Exhibit A                                     58
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    into his claims here or concerns?
2            MR. GENOVESE:  And I would just instruct
3        Mr. Kim not to answer to the extent it involves
4        any type of attorney-client direction.
5        A    So then I don't recall, like, you know, what
6    exactly happened.  I know we looked into it.  I'm sure
7    we created a response, but all those details, I don't
8    remember or don't know off the top of my head.
9        Q    (By Mr. Bader) Is it that you don't
10   remember -- and I'm not trying to invade the
11   attorney-client privilege -- or is it that you did
12   look into them, but you did it at the direction of
13   counsel, so you don't feel comfortable sharing that
14   information?
15       A    So this is, like, from -- when we did this,
16   when we received this letter till now; right?  It's
17   been awhile.  And so I can't tell you all the details.
18   I can tell you we did an analysis.  We did do a
19   response, but I can't tell you the details of what we
20   discovered.
21       Q    Okay.  So let's flip to the Tab 21.
22       A    You said 21?
23       Q    Yes, sir.
24            MR. BADER:  And for the record, this is
25       Bates number PLT000037.

1       A    Okay.
2       Q    This is a letter you signed dated June 14th,
3   2021, responding to Mr. Nero's letter that we both
4   looked at a moment ago; correct?
5       A    Yes.
6       Q    All right.  Did you write this letter on
7   your own, or did someone help you?
8            MR. GENOVESE:  And, again, same directive as
9       far as to the extent you were directed by
10      counsel.
11           MR. BADER:  Well, I think he --
12           MR. GENOVESE:  He can answer whether or not
13      he wrote himself.
14      A    So the letter was -- I received help with
15  the letter.  Some of the facts, you know, to determine
16  the content of the letter was done by my team.  And
17  then, you know, writing of the letter, I was also
18  supported by with counsel.
19      Q    (By Mr. Bader) Okay.  And I'm trying to be
20  sensitive to that.
21      A    I understand.
22      Q    I'm just trying to understand what happened.
23  So in this third paragraph of this letter, you say,
24  "During the March through May period, your dealership
25  received 117 percent of its earned allocation."  You

1  see that?
2       A    Yes.
3       Q    And it goes on to say, "That is almost
4  one-fifth more than it was entitled to receive based
5  on its turn and earn history and it's comparative day
6  supply stash."  Do you see that?
7       A    Yes.
8       Q    Okay.  What do you mean by earned
9  allocation?
10      A    That would be the -- what we've been talking
11 about is the formulaic portion.
12      Q    Okay.  So what you're saying here if I can
13 parrot it back to you and tell you what I understand
14 it.  You let me know whether I'm wrong.  You're saying
15 that the dealership received a 117 percent of the
16 number of vehicles that it would have received under
17 the formulaic allocation for those three months?
18      A    Yes.
19      Q    Okay.  What do you recall -- you mentioned a
20 moment ago you were supported by your team looking
21 into Mr. Nero's concerns.  What do you recall of what
22 was looked into and what you reviewed in preparing
23 this?
24      A    We'd look at the number of vehicles that
25 were allocated each month.  How many he accepted.  And