# Exhibit I

**Average Number of Days from Wholesale to Retail When Same Hyundai Dealer\* Universal as a Percent of Florida and Southern Region Consistent Dealer Sets\*\***
**1/2019 - 5/2022**

Legend:
- —— % Florida Consistent Dealer Set\*\*
- —— % Southern Region Consistent Dealer Set\*\*

Sells Slower than Comparison Group ← → Sells Faster than Comparison Group

\* Includes buy/sells as same dealer.
\*\* Dealers open entire time frame 2019 - 7/2022 and within intersection of pre- and post-7/2019 Southern Region.

Note: Analysis based on final wholesale and final retail records with no subsequent wholesale buyback or sale reversal.

SOURCE: The Fontana Group, Inc.
DATA: Manufacturer Wholesale Data File, 2019 - 5/2022.
Manufacturer RDR Data File, 2019 - 6/8/2022.

F:\UNHA:DAYSWR.XLSX:CPWC:99:HHTDII

Tab 19  Page 1

