**Exhibit J**

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO. 6:21-cv-02152

ACTION NISSAN, INC. d/b/a
UNIVERSAL HYUNDAI, for itself and in
the name of the Department of Highway
Safety and Motor Vehicles of the State of
Florida, for its use and benefit

Plaintiff,

v.

HYUNDAI MOTOR AMERICA
CORPORATION and GENESIS MOTOR
AMERICA, LLC

Defendants.

_____/

**DECLARATION OF TRISHA QUEZADA**

I, the undersigned, Trisha Quezada, declare as follows under 28 U.S.C. § 1746:

      1.     I am over 18 years of age, am fully competent to make this declaration, and do so on personal knowledge.

      2.     I am employed by Hyundai Motor America Corporation ("HMA").

      3.     I have been an employee of HMA for over six years. I currently serve as the Sr. Manager, Distribution Operations & Systems.

      4.     HMA has two primary allocation systems: the formulaic allocation system and the manual allocation system.

      5.     HMA's "System Logic" documentation (D_0000075) applies to its formulaic allocations.

## Manual Allocation System

6.      The only manual allocations that HMA allocates at its discretion are Reason Code 5 allocations that are not Reserve Code T.

7.      All other manual allocations have specific purposes, such as replacing a defective vehicle or seeding a new dealership or are available to any dealer upon request. These are indicated in the data by either the Reason Code or Reserve Code of an allocation.

8.      Specifically, HMA's Southern Region allocates vehicles to dealers manually for a variety of purposes, including:

     a.      Buy/Sells (Reason Code 1): HMA allocates additional inventory to the buyer of an underperforming dealership to ensure sufficient inventory.

     b.      Open Point Close (Reason Code 2): HMA allocates additional inventory to a new dealership.

     c.      Sold Order (Reason Code 4): HMA allocates vehicles to fulfill sales arranged by HMA to a customer (e.g., HMA or HMC VIPs), to facilitate dealer pipeline trades, and for "Lemon Law" replacement vehicles mandated by the BBB or Attorney General. Prior to March 2020, this code was also used in specific circumstances (e.g., a signed buyers' order) to allocate ZEV's (zero emissions vehicles) to states that do not have zero emissions requirements.

     d.      Vehicle Seeding (Reason Code 6): HMA allocates new models.

     e.      Green/ZEV (Reason Code 7): HMA allocates vehicles to meet state by state wholesale requirements.

f.    Plant/VPS/Port Issue Replacement (Reason Code Y): HMA allocates replacement cars after there is a cancellation from the plant or damaged vehicles, which cause previously allocated vehicles to be unavailable.

9.    In addition, the formulaic allocation system process allows four opportunities for a car to be allocated. Once a vehicle is rejected at all four opportunities, the vehicle is available to any dealer upon request.

10.    Reserve Code T: None of these allocations, including those with Reason Code 5, are allocated at HMA's discretion.

a.    Reserve Code T vehicles, except aged vehicles, are available on a first-come, first-served basis to any dealer for seven days after they are rejected in a formulaic allocation.

b.    Aged vehicles, which are vehicles that have been at the port for more than 90 days, will remain available in the Reserve T "pool" for any dealer to request on a first-come, first-served basis until they are allocated.

c.    This description applies for all Reserve Code T allocations, regardless of which Reason Code is recorded for that allocation.

11.    Data on manual allocations does not indicate if any manual allocations were rejected because manual allocations are only recorded in the database after HMA and the dealer have agreed on the allocation.

12.    Manual allocations may get de-allocated in the data for many reasons, including a data entry error, but this does not indicate a rejection by the dealer.

Formulaic Allocation System

13.    Formulaic allocations do not take into account the identity of any dealer.

14. Vehicles that are rejected during the national PO allocation are still manufactured and ultimately allocated through the formulaic allocation process.

15. Vehicles distributed through the formulaic allocation process are either vehicles allocated to a dealer as part of a national PO allocation. Some vehicles that are offered to and rejected by dealers in a national PO allocation can then be offered to a dealer in a regional stock allocation.

16. Vehicles that are offered and then rejected by one dealer (i.e., the Advise Dealer) may be pushed or auto-matched to a different dealer (i.e., the Sales Order Dealer). HMA considers such allocations "accepted" formulaic allocations by the Sales Order Dealer.

17. The stock allocation process is incremental to the national PO Allocation and does not re-allocate already allocated and accepted vehicles.

18. Balanced Days Supply ("BDS") algorithm:

    a. In the BDS algorithm, when the number of new vehicles is not large enough to balance days supply, the BDS algorithm allocates new vehicles so that days supply is equivalent among all dealers that received cars.

    b. In the BDS allocation, if there is not a sufficient supply of vehicles to balance days supply across all dealers, HMA does not move or re-allocate inventory away from dealers with days supply higher than the region.

19. Turn and Earn ("T&E") algorithm:

    a. T&E is primarily used for newer models where dealers have not previously allocated pipeline. For established models, T&E may be used when inventories are more volatile.

20. Transit times:

a. In the Southern Region vehicles come to dealers via HMA's domestic plant in Montgomery, AL or the international seaport in Brunswick, GA. Transportation times from either of these facilities to dealerships in the Southern Region vary from same-day delivery to up to 2 days.

b. Transit-adjusted pipelines used in the BDS algorithm can vary by port (Brunswick or the Montgomery, AL plant).

c. Transit adjustments in the Southern region are negligible, meaning dealers' allocations under the BDS algorithm would be approximately equivalent if they were calculated using pipeline or using transit-adjusted pipeline.

21. HMA allows dealers to trade vehicles.

Pipeline Protection

22. Vehicles allocated with pipeline protected status are not counted as part of a dealer's pipeline for purposes of formulaic allocation until the dealer takes delivery of the vehicle.

23. A vehicle that was pipeline protected and sold by a dealer counts as an RDR for that dealer.

24. Accepted allocations that are not pipeline protected increase a dealer's days' supply before they are sold.

25. Allocated vehicles that are pipeline protected lose this status and increase days' supply once they are wholesaled at the dealership.

26. Only vehicles distributed through manual allocation can be pipeline protected.

Data

27. Vehicles in the HMA Allocation Calculation Data designated as "in-transit" are either currently in-transit between a port or plant or tendered to a carrier to be delivered. "In

Transit" in the allocation system means the vehicle is tendered to a carrier (in a load line) or currently in transit.

28.  Every vehicle that appears in the manual allocation data is an accepted allocation.

29.  Vehicle counts reported in the Total Pipeline field of the HMA Allocation Calculation Data do not include pipeline protected vehicles.

30.  Vehicle counts reported in the In Stock and In Transit fields include pipeline protected vehicles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2023.

/s/ Trisha Quezada (Feb 6, 2023 12:29 CST)

Trisha Quezada

# Declaration of Trisha Quezada - Universal Hyundai-Genesis

Final Audit Report                                                               2023-02-06

| | |
|---|---|
| Created: | 2023-02-06 |
| By: | Brittney Spencer (bspencer@hmausa.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAX1nVKoB5FNPZ7bh7BGOEsFVsMWBz60Dr |

## "Declaration of Trisha Quezada - Universal Hyundai-Genesis" History

📄 Document created by Brittney Spencer (bspencer@hmausa.com)
   2023-02-06 - 6:20:47 PM GMT- IP address: 68.198.104.171

📧 Document emailed to Trisha Quezada (tquezada@hmausa.com) for signature
   2023-02-06 - 6:21:22 PM GMT

📄 Email viewed by Trisha Quezada (tquezada@hmausa.com)
   2023-02-06 - 6:28:31 PM GMT- IP address: 216.194.84.175

✍️ Document e-signed by Trisha Quezada (tquezada@hmausa.com)
   Signature Date: 2023-02-06 - 6:29:08 PM GMT - Time Source: server- IP address: 98.61.148.16

✅ Agreement completed.
   2023-02-06 - 6:29:08 PM GMT