# EXHIBIT K

Pursuant to Local Rule 1.11(d), this exhibit serves as a placeholder for documents produced by Defendants which have been marked as confidential and plausibly qualify for sealing. Plaintiff intends to file the following item(s):

1. D_000001-74, "HMA Business Policy & Procedures".