```
 1              UNITED STATES DISTRICT COURT
 2                MIDDLE DISTRICT OF FLORIDA
 3                    ORLANDO DIVISION
 4
 5
 6    ACTION NISSAN, INC. D/b/a       )
      UNIVERSAL HYUNDAI for itself    )
 7    and in the Name of the          )
      Department of Highway Safety    )
 8    and Motor Vehicles of the       )  Case No.
      State of Florida, for its       )  6:21-cv-02152
 9    use and benefit;                )
                                      )
10                 Plaintiffs,        )
                                      )
11         vs.                        )
                                      )
12    HYUNDAI MOTOR AMERICA           )
      CORPORATION AND GENESIS         )
13    MOTOR AMERICA, LLC;             )
                                      )
14                 Defendants.        )
      _____)
15
16
            30(B)(6) HYUNDAI MOTOR CORPORATION AMERICA
17            VIDEOTAPED DEPOSITION OF ALLAN HARRIMAN
                      Costa Mesa, California
18                    Friday, June 16, 2023
19
20    Reported by:
      Lynda L. Fenn, CSR, RPR
21    CSR No. 12566
      JOB No. 5929639
22
23
24
25
```

```
 1              UNITED STATES DISTRICT COURT
 2                MIDDLE DISTRICT OF FLORIDA
 3                     ORLANDO DIVISION
 4
 5
 6    ACTION NISSAN, INC. D/b/a       )
      UNIVERSAL HYUNDAI for itself    )
 7    and in the Name of the          )
      Department of Highway Safety    )
 8    and Motor Vehicles of the       )  Case No.
      State of Florida, for its       )  6:21-cv-02152
 9    use and benefit;                )
                                      )
10                 Plaintiffs,        )
                                      )
11          vs.                       )
                                      )
12    HYUNDAI MOTOR AMERICA           )
      CORPORATION AND GENESIS         )
13    MOTOR AMERICA, LLC;             )
                                      )
14                 Defendants.        )
      _____)
15
16
17
18           VIDEOTAPED DEPOSITION of ALLAN HARRIMAN,
19      taken on behalf of Plaintiff, Costa Mesa,
20      California, at 1:45 p.m. and ending at 2:09
21      p.m., Friday, June 16, 2023, reported by
22      Lynda L. Fenn, CSR No. 12566, Certified
23      Shorthand Reporter within and for the State of
24      California, pursuant to notice.
25
```

1  APPEARANCES (Appearing via Zoom Videoconference):
2
3  For the Plaintiff:
4
5      BASS SOX MERCER
6      BY:  JEREMIAH M. HAWKES, ESQ.
7           ANDREW THOMAS, ESQ.
8      2822 Remington Green Circle
9      Tallahassee, Florida  32308
10     (850) 878-6404
11     jhawkes@bsm-law.com
12     athomas@dealerlawyer.com
13
14
15
16
17
18
19
20
21
22
23
24
25

1    Q   Okay.
2        Where can I find the limitations on
3    discretionary allocation for regional?
4    A   That would be in some of the nomenclature
5    we've looked at earlier today.
6    Q   Does HMA have a policy that dealers that
7    are involved in litigation with HMA are to have --
8    are to receive any kind of withholding of
9    discretionary allocation?
10   A   There is no policy like that in effect.
11   Q   Has there ever been such a policy in
12   effect?
13   A   No.
14   Q   So HMA has never directed regions to
15   withhold allocation based on litigation with HMA?
16       MS. BOYD:  Object to form.
17       THE WITNESS:  There's certainly no
18   communication if that's what are you asking from me
19   on such a policy and there is no form or direction
20   that I have any awareness of.
21       MR. HAWKES:  Very good, sir, but you are
22   speaking on behalf of HMA.
23   BY MR. HAWKES:
24   Q   So does HMA have -- has HMA ever had a
25   policy that dealers that are involved in litigation

1    should receive any kind of limitations on their
2    discretionary allocation?
3         A    No.
4         Q    Does HMA have a policy that dealers that
5    are not involved in dealer ad associations are to
6    receive any kind of limitations on there
7    discretionary allocation?
8         A    No.
9         Q    Does HMA categorize certain dealers as good
10   partners?
11            MS. BOYD:   Object to form.
12   BY MR. HAWKES:
13        Q    Or business partners?
14        A    There is no formal process, no.
15            MS. BOYD:   And I'm going to object that
16   that's outside of the scope of his particular topic
17   area.
18            MR. HAWKES:   It has to do with formulaic
19   allocation.
20            MS. BOYD:   No, it doesn't.  It has nothing
21   to do with formulaic allocation, Jeremiah.
22            MR. HAWKES:   Well, I disagree on that.  All
23   right.
24            MS. BOYD:   You can identify the specific
25   topic area, but he's here on a national basis to talk

1      about national issues.
2              We've never taken the position that that
3      has anything to do with formulaic allocation.
4              MR. HAWKES:  Or discretionary allocation.
5      You said in the Napleton case that they have to be
6      good business partners.
7              MS. BOYD:  So, first of all, that's on
8      discretionary.
9              Second of all, that has nothing to do with
10     national allocation which is what he is here to talk
11     about from a topics perspective.
12     BY MR. HAWKES:
13        Q    Todd Goetze testified that he was told by
14     national to withhold allocation based on certain
15     parameters.
16             So was Mr. Goetze testifying truthfully?
17             MS. BOYD:  All right.  I'm not going to get
18     into a discussion with you about the truthfulness of
19     testimony given by other individuals when I don't
20     have any information.  I wasn't at that deposition
21     and I don't have the transcript in front of me,
22     Jeremiah.
23             But he's here to talk about specific
24     topics.  If you want to ask about a national policy,
25     you did.  And he's here to answer that question.

1            But I think that you are getting beyond
2    what he's here to talk about from a topic standpoint.
3            He said there was no national policy.
4    That's different from getting direction from
5    somebody.  So, I mean, there's a word choice issue,
6    but there's no policy and he testified to that.
7            And the good business partner issue has
8    nothing to -- again, there's no policy and that's not
9    one of the topic issues that you've identified.
10   BY MR. HAWKES:
11      Q   How many pools of vehicles are there for
12   discretionary allocation?
13      A   In general terms there are two.  One at the
14   national level and one at the regional level.
15      Q   Is the one at the national level sometimes
16   referred to as "The Randy Pool"?
17      A   I have heard it referred to that, yes.
18      Q   Okay.
19          What are the policies related to allocating
20   vehicles from the national discretionary allocation
21   pool?
22      A   It's directed by DND actions.
23      Q   And what is "DND"?
24      A   Dealer network development.
25      Q   Are there any written policies on how the

1       DND board can allocate those vehicles?
2            A    I am not aware of any.
3            Q    Is there a policy relating to allocation of
4       vehicles in regards to the GDSI program?
5            A    I am not aware of any.
6            Q    How many vehicles are withheld for the
7       national GM pool?
8            A    On a percentage basis, five percent of
9       model line production, as a maximum.
10           Q    And when you allocate vehicles to the
11      region, you mentioned fifteen percent earlier.
12                That's after the five percent has been
13      taken out?
14           A    That is correct.
15           Q    How is allocation determined for dealers on
16      a monthly basis?
17           A    In general terms, balanced day supply.
18      90-day sales versus total pipeline.
19           Q    Okay.
20                Does HMA have any committees or other
21      groups that discuss or discussed vehicle distribution
22      or allocation?
23           A    At what regional or geographic level would
24      that question be related to?
25           Q    At a national level, are there any