



Appendix Page 10

**CONFIDENTIAL**


Appendix Page 11

CONFIDENTIAL



Appendix Page 12

**CONFIDENTIAL**

