**From:** Josiah Behlen
**Sent:** Friday, March 18, 2022 2:55 PM
**To:** Eric Kristan;Simo Bassi;Jacob Mcneely
**Subject:** Fwd: [Caution External Sender] Formula for allocation
**Attachments:** image001.jpg; Balance Day supply slide.pptx

FYI

Josiah Behlen
General Manager
Universal Hyundai-Genesis

Begin forwarded message:

> **From:** "Sullivan, Brian [HMA]" <BSullivan@hmausa.com>
> **Date:** March 18, 2022 at 2:49:46 PM EDT
> **To:** Josiah Behlen <jbehlen@universalhyundai.com>
> **Subject:** [Caution External Sender] Formula for allocation

> **Josiah , please see distribution formula in attachment   you requested.     thank you**

**Brian Sullivan**
**DSM SOC**
3025 Chastain Meadows Parkway,Suite 100
Marietta,GA. 30066
M 770 508 4384
bsullivan@hmausa.com     www.hyundai.com

**Hyundai Motor America**

**Subject:** RE: Formula for allocation

**From:** Josiah Behlen <jbehlen@universalhyundai.com>
**Sent:** Thursday, March 17, 2022 8:43 AM
**To:** Sullivan, Brian [HMA]
**Subject:** Formula for allocation

Hi Brian,

Please send me the formula for allocation.

Thanks,

Josiiah Behlen
General Manager
Universal Hyundai - Genesis

-----------------------------

The information in this email and any attachments are for the sole use of the intended recipient and may contain privileged and confidential information.  If you are not the intended recipient, any use, disclosure, copying or distribution of this message or attachment is strictly prohibited.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.  If you believe that you have received this email in error, please contact the sender immediately and delete the email and all of its attachments.

-----------------------------



# ALLOCATION EXPLANATION



**February 25, 2015**

Hyundai Motor America



# HMA Allocation Algorithms

## Balanced Days' Supply

The Balanced Days' Supply series calculation determines each dealers' earning by balancing their current days' supply to a regional or national day's supply target. Days' supply (D/S) is calculated based on sales and pipeline.

**Allocation Earning = Region / National Days' Supply Target – Dealer Current Days' Supply**

Regional / National Days' Supply Target

■ Allocation Earnings

DLR A

DLR B

DLR C

DLR D

DLR E

DLR E didn't earn because the current D/S exceeds the target!

**DEALER CURRENT DAYS' SUPPLY**



# HMA Allocation Algorithms

## Turn & Earn

The Turn and Earn (T&E) series calculation determines each dealers' earnings based on their percent of regional or national sales.  Pipeline is not considered.



**Note:  Dealer % of allocation may vary slightly from Dealer % of sales due to minimum inventory and addition of previous fractional earnings.**



# HMA Allocation Model Determination

## Balanced Days' Supply / Turn & Earn

Once the Balanced Days' Supply and Turn & Earn calculate how many vehicles each dealer will be offered, the model calculation will calculate the volume of each model needed so their pipeline meets the dealers' Ideal Mix. **_Production constraints may apply._**

**OTD Dealer Ideal Mix** ➤ **Dealer Current Pipeline Mix** ➤ **Allocation Request** ➤ **Constraints** ➤ **OTD Allocation Offer**



