1              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF FLORIDA
2                     ORLANDO DIVISION

3

   ACTION NISSAN, INC. d/b/a
4  UNIVERSAL HYUNDAI for itself
   and in the Name of the Department
5  of Highway Safety and Motor
   Vehicles of the State of Florida,
6  for its use and benefit,
7             Plaintiff,

                                   CIVIL ACTION NO.:
8  vs.                             6:21-cv-02152
9  HYUNDAI MOTOR AMERICA CORPORATION
   AND GENESIS MOTOR AMERICA, LLC,
10
            Defendants.
11
12
13
14       VIDEO DEPOSITION OF MICHAEL DePAUL
15              June 28, 2023
                  9:01 a.m.
16        201 17th Street, Suite 1700
                Atlanta, Georgia
17
18    Carolyn M. Carboni, RPR, RMR, CCR-B-878
19        Duke Stephenson, Videographer
20
21
22
23
24
25

```
 1    APPEARANCES OF COUNSEL:

 2    On behalf of the Plaintiff:

 3            (Via Zoom)

 4            JASON T. ALLEN, ESQUIRE

 5            NICHOLAS A. BADER, ESQUIRE

 6            Bass Sox Mercer

 7            2822 Remington Green Circle

 8            Tallahassee, Florida  32308

 9            850.878.6404

10            nbader@bsm-law.com

11    On behalf of the Defendants:

12            CHRISTOPHER C. GENOVESE, ESQUIRE

13            Nelson Mullins Riley & Scarborough

14            Meridian, 17th Floor

15            1320 Main Street

16            Columbia, South Carolina  29201

17            803.255.9151

18

19

20

21

22

23

24

25
```

1                  INDEX TO EXHIBITS

2     EXHIBIT              DESCRIPTION                    PAGE

3     For the Plaintiff:

4     Exhibit 1   Email chain ending in 8/4/21

5                 email to Mr. Garside from

6                 Mr. Rossi                              67

7     Exhibit 2   Exhibit S1, Formulaic account

8                 for far more of Southern Region

9                 Hyundai accepted allocations           75

10    Exhibit 3   Email chain ending in 4/19/22

11                email to Mr. Szymanski, et seq.

12                from Mr. Grafton                       81

13    Exhibit 4   Defendant's supplemental

14                responses to plaintiff's

15                second interrogatories                 89

16    Exhibit 5   Email chain ending in 5/5/20

17                email to Mr. Harriman from

18                Mr. Cook                               103

19    Exhibit 6   Email chain ending in 7/9/20

20                email to Mr. Parker from

21                Mr. DePaul                             108

22    Exhibit 7   Email chain ending in 9/15/22

23                email to Mr. Donahoo, et seq.

24                from Mr. DePaul                        111

25

Page 4

1               INDEX TO EXHIBITS (Continued)

2     EXHIBIT                  DESCRIPTION                  PAGE

3     Exhibit 8   Email chain ending in 5/16/19

4                 email to Mr. Smith, et seq. from

5                 Mr. Harriman                             120

6     Exhibit 9   2022 monthly sales results

7                 for the month ending July 2022           123

8     Exhibit 10 11/18/22 letter to Mr. Nero

9                 from Mr. DePaul                          131

10    Exhibit 11 3/13/23 letter to Mr. DePaul

11                from Mr. Nero                            133

12    Exhibit 12 Spreadsheet                               136

13    Exhibit 13 2022 financial statement

14                Universal Nissan                         141

15                          -  -  -

16                  INDEX TO EXAMINATION

17    EXAMINATION                                          PAGE

18    By Mr. Allen                                           6

19                          -  -  -

20

21

22

23

24

25

Page 92

1    replacing vehicles that were damaged in transit.

2              When a -- when vehicles are allocated to a

3    dealer, my understanding is they're shipped from

4    the port, whichever port, whether it's the

5    Brunswick or the Alabama factory, to the

6    dealership; is that right?

7         A    That's correct.

8         Q    Okay.  When does -- in that process, when

9    does HMA get paid for the vehicle, do you know?

10        A    Yeah.  Upon -- upon arrival at the

11   dealership, so once it hits the dealer's dealer

12   stock.

13        Q    So in transit, who owns the vehicle?

14        A    HMA.

15        Q    Okay.  And then once it actually hits the

16   dealer's lot, the dealer pays for it?

17        A    That's correct.

18        Q    And or it hits the dealer's floor plan

19   line?

20        A    That's right.

21        Q    Okay.  "To fulfill obligations under the

22   GDSI 2.0 portion of the Accelerate program and

23   fulfilling sold orders."

24             Do you see that?

25        A    Uh-huh.

1      Q    Is that yes?

2      A    Yes.  Sorry.  Yes.

3      Q    That's okay.  What obligations under the

4  GDSI 2.0 portion of the Accelerate program relate

5  to discretionary vehicles?

6      A    Yeah, that's a -- that's a strangely

7  worded response.  I wouldn't call it an obligation.

8  I do -- we do issue out part of our discretionary

9  pool to dealers who have completed their GDSI 2.0.

10  There is no rules that I'm aware of that say we

11  have to.  But it is a standard practice.

12      Q    Do those units come from the GM pool or

13  from the national pool?

14      A    Depending upon the size of the dealership.

15  So we have some very, very large dealerships that

16  we couldn't possibly supply units to out of the GM

17  pool that are supplied from national as part of

18  the --

19      Q    When units -- when units are provided to

20  support the completion of a facility, what sort of

21  parameters are looked at to determine how many

22  units to allocate?

23      A    We look at a 30-day supply based on --

24      Q    So --

25      A    -- based on, I believe rolling 90 or prior

```
 1   three months' sales.
 2      Q    Okay.  All right.  So the next paragraph
 3   then starts with "Allocation of the remaining
 4   vehicles in the discretionary pool are left to the
 5   business judgment of HMA's regional management."
 6           Do you see that?
 7      A    Yes.
 8      Q    And I think that's -- we've also talked
 9   about that earlier today, correct?
10      A    Yes.
11      Q    Okay.  What I want to ask you about is
12   there are 10 factors that are listed, and they're
13   numbered in here.
14           Do you recall seeing these factors prior
15   to today?
16           MR. GENOVESE:  Object to the form.
17      A    No.
18   BY MR. ALLEN:
19      Q    So is it -- is it accurate to say there's
20   not a -- there's not an HMA policy that lists the
21   specific 10 factors to consider for discretionary
22   allocation?
23           MR. GENOVESE:  Object to the form.
24      A    That's correct.
25   BY MR. ALLEN:
```