30(b)(6) Tim Turbyfield April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Exhibit R

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF FLORIDA
 3                  ORLANDO DIVISION
 4   _____
 5   ACTION NISSAN, INC. d/b/a UNIVERSAL
 6   HYUNDAI for itself and in the Name
 7   of the Department of Highway Safety
 8   and Motor Vehicles of the State of
 9   Florida, for its use and benefit,
10           Plaintiff,
11        v.                              Case No.
12   HYUNDAI MOTOR AMERICA CORPORATION    6:21-cv-02152
13   AND GENESIS MOTOR AMERICA, LLC
14           Defendants.
15   _____
16         VIDEOTAPED DEPOSITION OF TIM TURBYFIELD
17           AS 30(b)(6) CORPORATE REPRESENTATIVE
18          FOR HYUNDAI MOTOR AMERICA CORPORATION
19   DATE:           Friday, April 14, 2023
20   TIME:           9:07 a.m.
21   LOCATION:       Remote Proceeding
22                   115 Fort Evans Road Northeast
23                   Leesburg, VA 20176
24   REPORTED BY:    Matthew Yancey, Notary Public
25   JOB NO.:        5861118
```

30(b)(6) Tim Turbyfield April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 2

1          A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF ACTION NISSAN, INC. D/B/A

3    UNIVERSAL HYUNDAI:

4         NICHOLAS BADER, ESQUIRE (by videoconference)

5         Bass Sox Mercer

6         2822 Remington Green Circle

7         Tallahassee, FL 32308

8         nbader@bsm-law.com

9         (850) 878-6404

10

11   ON BEHALF OF DEFENDANTS HYUNDAI MOTOR AMERICA

12   CORPORATION AND GENESIS MOTOR AMERICA, LLC:

13        GINGER BOYD, ESQUIRE (by videoconference)

14        Nelson Mullins Riley & Scarborough

15        215 South Monroe, Suite 400

16        Tallahassee, FL 32301

17        ginger.boyd@nelsonmullins.com

18        (850) 907-2556

19

20   ALSO PRESENT:

21        William Nero, Action Nissan, Inc. (by

22        videoconference)

23        Ryan Heathcock, Videographer, Veritext Legal

24        Solutions, LLC (by videoconference)

25

30(b)(6) Tim Turbyfield April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 3

```
 1                    I N D E X
 2   EXAMINATION:                                    PAGE
 3        By Mr. Bader                                  7
 4
 5                   E X H I B I T S
 6   NO.              DESCRIPTION                    PAGE
 7   Exhibit 1        Confidential                     73
 8   Exhibit 2        Email String, Barry Garside,
 9                    Todd Goetze, April 2021         110
10   Exhibit 3        Email String, Bob Kim, Randy
11                    Parker, April 2021              119
12   Exhibit 4        Letter from William Nero to Jose
13                    Munoz, 5/27/21                  127
14   Exhibit 5        Letter from William Nero to Jose
15                    Munoz, 12/13/21                 131
16   Exhibit 6        Confidential                    141
17   Exhibit 7        Email String, Mark Kato, Robert
18                    Grafton, John Szymanski, April
19                    2022                            147
20   Exhibit 8        Email string, Jeff Gale, Todd
21                    Goetze, March 2022              150
22   Exhibit 9        Email String, Jeff Gale, Todd
23                    Goetze, 3/4/22                  155
24
25
```

30(b)(6) Tim Turbyfield April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 71

1      A    Yes.

2      Q    And I can show you the transcript if it

3 helps you.

4      But in that case -- in that deposition back

5 in September of last year I think it was -- you

6 testified, and I'm quoting "We also take into

7 consideration dealers and their support of Hyundai and

8 our products or of our programs rather and then they

9 are also part of an HDAA, for instance. So there's a

10 variety of things we take into consideration."

11      When you were in the Southern Region

12 distributing discretionary allocation vehicles and

13 making those decisions, did a dealer's standing with

14 an HDAA weigh into your consideration?

15           MS. BOYD: Object to form.

16      A    The -- all of those things you just

17 described would have been factors that were, you know,

18 potentially considered or were considered in

19 determining, you know, whether we could allocate

20 vehicles to a dealer, not one -- not one individual

21 element of that. So HDAA was not a sole determining

22 factor in itself.

23      Q    Help me understand all the factors that the

24 Southern Region used to determine whether to

25 distribute discretionary allocation to dealers during

30(b)(6) Tim Turbyfield                                      April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 72

1   this time period.
2          A   Well, again we were -- we were given a
3   directive that, you know, there were certain dealers
4   that were -- we were not at liberty to distribute
5   allocation to, discretionary allocation.  And that,
6   you know, some of those factors and all that decision
7   was made by and at a national level as to which
8   dealers were and were not eligible.
9              And all of those factors, you know,
10  were -- you know, were some that were taken
11  into -- taken into their consideration.  You know, I
12  don't know the details of that because again as I
13  mentioned earlier, that's directive that came down
14  from national.  I wasn't part of the, you know -- that
15  decision.
16         Q   When you testified about the support of
17  Hyundai programs, what programs were you referring to?
18         A   It could be all of our programs, whether
19  it's a facility, whether it's, you know, a CPO,
20  whether it's, you know -- you know, supportive of
21  Hyundai Motor Finance.  You know, all of the different
22  programs that we have available, you know, to dealers.
23         Q   What about whether a dealer litigates with
24  Hyundai?  Is that a factor that was considered as to
25  when deciding whether to give dealers discretionary

30(b)(6) Tim Turbyfield     April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 75

1     A     Correct.

2     Q     How did you learn that Universal Hyundai was

3 not being given discretionary allocation because it

4 had litigated with Hyundai?

5          MS. BOYD: Object to form.

6     A     Well, they -- they -- again this was -- they

7 were amongst the dealers that we were told that we

8 could not distribute to for a variety of reasons. You

9 know, litigation was not necessarily the sole reason.

10 But they were amongst, you know, two other dealers at

11 the time, other than Napleton, that was in litigation

12 with us.

13     Q     What was Tuscaloosa Hyundai litigating with

14 your employer about?

15     A     I'm not aware of the full scope of their

16 litigation. So I don't -- I can't speak to it.

17     Q     What understanding do you have?

18          MS. BOYD: Object to form.

19     A     It was outside of Hyundai and pertaining to

20 something related to Genesis.

21     Q     What about Genesis?

22          MS. BOYD: Object to form.

23     A     Again I don't know. My involvement was

24 never with Genesis.

25     Q     You would agree that one of the reasons, if

30(b)(6) Tim Turbyfield                                    April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 76

1    not the reason, that Universal was not being given
2    discretionary allocation by Hyundai was that it had
3    litigated with Hyundai.  Correct?
4              MS. BOYD:  Object to form.
5        A    If -- it -- I would believe that that was
6    probably part of the decision along, you know, with
7    whatever the other factors that were considered.
8        Q    Do you have any knowledge of what other
9    factors were considered?
10             MS. BOYD:  Object to form.
11       A    Not specifically.
12       Q    Do you generally know what other factors
13   were considered?
14             MS. BOYD:  Object to form.
15       A    It would be my opinion only.
16       Q    What's your opinion?
17             MS. BOYD:  Object to form.
18       A    It could have involved, you know, facility
19   commitments.  It could have involved supportive of
20   other programs that I just recently mentioned.  You
21   know, that would have naturally be what I would have
22   thought.  But again it's not -- that's just my
23   opinion.  I was not involved in the discussions about.
24       Q    What factors, if any, do you believe weigh
25   against Universal Hyundai getting discretionary

30(b)(6) Tim Turbyfield April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 77

1 allocation from Hyundai?

2     MS. BOYD: Object to form.

3   A  I don't know.

4   Q  Can you name any that would counsel against

5 or weigh against giving Universal discretionary

6 allocation?

7     MS. BOYD: Object to form.

8   A  I mean, again the -- the directive was given

9 that, you know -- that they were one of the stores

10 that we were not to assign discretionary units for for

11 a period of time. But I don't know all of the factors

12 that went into that.

13   Q  Can you point to any factors that you think

14 would have gone into that aside from litigation?

15     MS. BOYD: Object to form.

16   A  I don't know of any others that would have

17 because I don't know what they fully considered.

18   Q  But as testified to at your sworn deposition

19 in the Napleton case, litigation was a factor that

20 Hyundai used to not give discretionary allocation to

21 Universal. Correct?

22     MS. BOYD: Object to form.

23   A  Yes. That was my understanding.

24   Q  How did you gain that understanding?

25   A  I don't recall specifically as to how that

30(b)(6) Tim Turbyfield                        April 14, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 78

1       came.
2            Q    What's your best recollection?
3                 MS. BOYD:  Object to form.
4            A    I don't -- you know.  I knew that the
5       dealers that we were -- that were, you know -- that we
6       were restricted from were -- I knew that they -- well,
7       not all of them.  But they were in litigation with us.
8            Q    Have you ever told any dealers that
9       litigating with Hyundai would be a basis for them to
10      receive less vehicles in allocation?
11           A    No.
12           Q    Has anybody?
13                MS. BOYD:  Object to form.
14           A    Not that I'm aware of.
15           Q    Do you think that's fair?
16                MS. BOYD:  Object to form.
17           A    Not for me to say.
18           Q    I'm not asking you, sir, whether it's for
19      you to say.  Do you think that's fair though?
20                MS. BOYD:  Object to form.
21      BY MR. BADER:
22           Q    You do have your own thoughts.
23                MS. BOYD:  Object to form.
24           A    It's just not my decision to make.
25           Q    What's your understanding of the -- strike