```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
 2                 ORLANDO DIVISION
 3
 4   ACTION NISSAN, INC. d/b/a
     UNIVERSAL HYUNDAI for itself
 5   and in the Name of the
     Department of Highway Safety
 6   and Motor Vehicles of the
     State of Florida, for its use
 7   and benefit,
 8        Plaintiff,                      CASE NO.
 9   vs.                              6:21-cv-02152
10   HYUNDAI MOTOR AMERICA
     CORPORATION AND GENESIS MOTOR
11   AMERICA, LLC,
                                       (PAGES 217 - 267)
12        Defendants.
13
14                    VOLUME II
15         VIDEOTAPED 30(B)(6) DEPOSITION
16     OF HYUNDAI MOTOR AMERICA CORPORATION
17            BY WITNESS: BOB KIM
18            APPEARING REMOTE FROM
19               MILTON, GEORGIA
20               AUGUST 3, 2023
21                 12:01 P.M.
22
23   Reported Remotely By:
24   Judith L. Leitz Moran
25   RPR, RSA, CCR-B-2312
```

1         REMOTE APPEARANCES OF COUNSEL
2
3    On behalf of the Plaintiff:
4         NICHOLAS A. BADER, ESQUIRE
5         ANDREW THOMAS, ESQUIRE
6         BASS SOX MERCER
7         2822 Remington Green Circle
8         Tallahassee, Florida  32308
9
10   On behalf of the Defendant:
11        TODD K. NORMAN, ESQUIRE
12        NELSON, MULLINS, RILEY & SCARBOROUGH
13        1320 Main Street
14        17th Floor
15        Columbia, South Carolina  29201
16
17   ALSO PRESENT:
18        *   KATIE NEVILLE, ESQUIRE
19            HYUNDAI MOTOR AMERICA
20        *   TANNER FUSSELL, VIRTUAL VIDEO TECHNICIAN
21
22
23
24
25

1                    I N D E X

2    EXAMINATION                                          PAGE

3        BY MR. BADER ............................   223

4

5

6                    E X H I B I T S

7         (EXHIBITS SUBMITTED ELECTRONICALLY)

8    EXHIBIT NO.                                         PAGE

9    Exhibit 19    Defendant's Second Supplemental   223

10                 Responses to Plaintiff's Second

11                 Set of Interrogatories

12   Exhibit 20    8/13/2020 email, Subject: FL103   234

13                 Available Inventory **Send Your

14                 Request ASAP Please**

15                 (D_006450)

16   Exhibit 21    Sales Performance Summary         244

17                 District SOC

18                 (PLT 012669)

19   Exhibit 22    Sales Efficiency Trend            249

20                 Time Period: Dec 2019 Regs

21                 (PLT 012657 - 012658)

22   Exhibit 23    Sales Efficiency Trend            249

23                 Time Period: Nov 2020 Regs

24                 (PLT 012659 - 012660)

25

```
 1              E X H I B I T S  (CONT.)
 2         (EXHIBITS SUBMITTED ELECTRONICALLY)
 3   EXHIBIT NO.                                    PAGE
 4   Exhibit 24    Sales Efficiency Trend            249
 5                 Time Period: Nov 2020 Regs
 6                 (PLT 012665 - 012666)
 7   Exhibit 25    Presentation - 2021 Monthly       255
 8                 Sales Results For The Month
 9                 Ending December 2021
10                 (PLT 003454)
11   Exhibit 26    Sales Efficiency Trend            260
12                 Time Period: Dec 2022 Regs
13                 (PLT 012688 - 012689)
14
15
16
17
18
19
20
21
22
23
24
25
```

1        Q    Okay.
2        A    -- an inch by half an inch and I can't
3    read it.  So --
4        Q    Sure.
5        A    -- is there any way we can switch those.
6             MR. BADER:  Let's go of the record and we
7    can trouble-shoot that.
8             VIDEO TECHNICIAN:  We are going off the
9    record at 12:04 p.m.
10            (Off the record.)
11            VIDEO TECHNICIAN:  We are back on the
12   record at 12:05 p.m.
13   BY MR. BADER:
14       Q    Okay.  Mr. Kim, we were just starting to
15   look at Exhibit 19 before we had to resolve that
16   technical issue.
17            This is supplemental responses to some of
18   our interrogatories to Hyundai.
19            Please look at Interrogatory 3 here --
20   and you don't necessarily for the purposes of this
21   need to read the Objection section -- but if you
22   can read the Response and the Supplemental
23   Response.
24            I've given you control of the document so
25   you can scroll through it at your comfortable

1  speed.
2       And -- and I didn't reference it, but the
3  Second Supplemental Response as well.
4       A    Okay.  Just the Second, not point 9 -- 9,
5  right?
6       Q    Correct, we'll get to that in a minute.
7       A    Okay.  So I've read it.
8       Q    So looking at Interrogatory 3, Hyundai's
9  outside counsel, this lead on this case, Ms. Ginger
10 Boyd, told me that you were involved in the
11 preparation of this response.
12      Do you recall being involved in that
13 preparation or the drafting of this response?
14      A    Yes.
15      Q    Okay.  Is this answer provided complete
16 and accurate to the best of your knowledge?
17      A    Yes.
18      Q    Do you have anything to add with regard
19 to the discretionary allocation decisions that were
20 made regarding Universal during the years at issue
21 in this case?
22      A    No.
23      Q    Now, the supplemental response provides
24 more detail than the original supplemental response
25 or the original response.

1          And it targets a six-month -- selected
2     six-month period of time.  Do you see that?
3          A    Yes.
4          Q    Okay.  And outside of those six months
5     where additional detail about the reasons that
6     discretionary allocation was either given to
7     Universal or not given to Universal, do you have
8     any knowledge as Hyundai's corporate representative
9     of why specific decisions were made as to
10    discretionary allocation to Universal since 2020?
11         A    So, you know, it's been mentioned before,
12    we -- the goal of, you know, when I was in the --
13    in the regional role was to maximize the
14    allocations earnings through -- for the southern
15    region which was done by optimizing our sales
16    velocity to earn more units for the entire region.
17              And, you know, the results speak for
18    themselves because of the sales results relative to
19    the other regions.
20              We can only achieve that if we earned
21    more production allocation for every dealer within
22    the southern region boundaries.
23              When it come -- came down to the
24    discretionary units, the things that are outlined
25    in this -- this document are accurate of the things

1  that we would consider.
2       And at that point, you know, every month
3  we would make decisions when we had, you know, the
4  allocation available to distribute.
5       Q   Understood.
6           And the Second Supplemental Response
7  talks about specific decisions that were made with
8  regard to Universal during a selected six-month
9  period.
10          And the original response or supplemental
11 response talked about generally factors that were
12 considered.
13          Would you agree with that
14 characterization?
15      A   Yes.
16      Q   Okay.  So my question to you is, for
17 months other than these six months discussed in the
18 Second Supplemental Response, do you have any
19 knowledge about specific decisions that were made
20 about discretionary allocation that was either
21 given or not given to Universal for any other
22 months besides those six months?
23      A   So you're talking about every month
24 outside of September '21, October '21, January '22,
25 February '22, May '22, July '22?

1      Q    That's correct, sir.
2      A    So, you know, the specific information
3   not really.  It is -- you know, we made these
4   decisions in a similar fashion every month.
5           So nothing what I would say is unique
6   outside of these months that we gave you more
7   detail in.
8      Q    Now, flipping to Interrogatory 9.  If you
9   could here read the interrogatory, the response,
10  supplemental responses, and tell me when you're
11  done.  And again, you can skip the objection.
12     A    (Witness reviews document.)
13          Okay.
14     Q    So similar to what I asked you on
15  Interrogatory 3, were you involved in the
16  preparation of these responses to Interrogatory 9?
17     A    Yes.
18     Q    Okay.  Are these responses complete and
19  accurate?
20     A    Yes.
21     Q    Okay. So similar to Interrogatory 3, the
22  Second Supplemental Response here, relates -- let
23  me get to the top of it -- hold on -- relates to --
24  it shows information for a six-month period.  Do
25  you see that?

1     A    Yes.

2     Q    Okay. Aside from those specific six
3 months, do you have any information about why
4 decisions were made to allocate vehicles to the 14
5 dealers listed in Interrogatory 9?

6     A    Nothing specific, no.

7     Q    So, for instance, let's see -- let's
8 say -- never mind, I'll withdraw that.

9     So we talked in your prior -- this is the
10 third time we've spoken in a deposition in this
11 case, either in your individual capacity or as a
12 corporate representative, and we've previously
13 discussed a May 27th, 2021 letter that Bill Nero on
14 behalf of Universal Hyundai sent to Jose Munoz
15 complaining about his inventory.

16     And you'd agree that at least by that
17 point Universal wanted a greater volume of Hyundai
18 inventory than it had, correct?

19     A    Every dealer did, yes.

20     Q    Okay. And starting in at least May of
21 2021 there's no preference by Universal that you're
22 aware of to have a lower day supply than the
23 district or region for new Hyundai vehicles,
24 correct?

25     A    There's no preference, what do you mean