Steven Fred Whitt     June 1, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 1 **Exhibit T**

```
 1         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF FLORIDA
 2                   ORLANDO DIVISION
 3
 4  ACTION NISSAN, INC., d/b/a          )  CASE NO.
    UNIVERSAL HYUNDAI for itself and    )  6:21-cv-02152
 5  in the Name of the Department of    )
    Highway Safety and Motor Vehicles   )
 6  of the State of Florida, for its    )
    use and benefit,                    )
 7                                      )
              Plaintiff,                )
 8                                      )
    vs.                                 )
 9                                      )
    HYUNDAI MOTOR AMERICA CORPORATION   )
10  AND GENESIS MOTOR AMERICA, LLC      )
                                        )
11            Defendants.               )
                                        )
12  - - - - - - - - - - - - - - - - -   )
13
14              VIDEOTAPE DEPOSITION OF
15                 STEVEN FRED WHITT
16
17         Thursday, June 1, 2023, 9:24 a.m.
18
19
20      WITNESS LOCATION:
21         Nelson Mullins Riley & Scarborough LLP
           201 17th Street, N.W., Suite 1700
22         Atlanta, Georgia  30363
23      ------------------------------------------
24      WANDA L. ROBINSON, CRR, CCR, No. B-1973
         Certified Shorthand Reporter/Notary Public
25
```

Steven Fred Whitt  June 1, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 2

1                    APPEARANCES OF COUNSEL
2
3    Appearing on Behalf of the Plaintiff:
4
         JEREMIAH M. HAWKES, ESQUIRE
5        Bass Sox Mercer
         2822 Remington Green Circle
6        Tallahassee, Florida  32308
         T:  850.878.6404   F:  850.942.4869
7        E-mail:  jhawkes@bsm-law.com
8
9
10   Appearing on Behalf of the Defendants:
11
         CHRISTOPHER C. GENOVESE, ESQUIRE
12       Nelson Mullins Riley & Scarborough LLP
         201 17th Street, N.W., Suite 1700
13       Atlanta, Georgia  30363
         T:  404.322.6000  F:  404.322.6050
14       E-mail:  chris.genovese@nelsonmullins.com
15
16
17
18
19
20   ALSO PRESENT:
21        DAVID RAMIREZ, Videographer
22
23
24
25

Steven Fred Whitt                                June 1, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 3

```
 1                  INDEX OF EXAMINATIONS
 2
 3   STEVEN FRED WHITT
 4   By Mr. Hawkes                                  Page 5
 5   By Mr. Genovese                                Page 50
 6
 7
 8                    INDEX OF EXHIBITS
 9   PLAINTIFF'S
10   NO.              DESCRIPTION                    PAGE
11   Exhibit 1    Defendant's Supplemental Responses  18
                  To Plaintiff's Second Set of
12                Interrogatories
13
14   Exhibit 2    May 9, 2022 Email Thread From Brian 30
                  Sullivan To Josiah Behlen
15                D_002025
16   Exhibit 3    December 13, 2021 Email Chain From  33
                  Robert Grafton To Harrison, Bachman,
17                Ruppert
                  D_002254
18
     Exhibit 4    November 18, 2022 Email From Doug   42
19                Bush To William Nero
                  With Attached Letter
20                D_003934
21
22
23
24
25
```

Steven Fred Whitt                                    June 1, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 22

1  in.
2     Q   So you're not aware if any allocation
3  provided pursuant to the GDSI 2.0 portion of the
4  Accelerate program?
5     A   I am aware that dealers have received
6  allocation upon completion of the GDSI 2.0 facility
7  program. However, I am not aware that it's to
8  fulfill an obligation.
9     Q   Okay. What kind of allocation have
10 dealers received at the -- at completion of the
11 program?
12    A   I'm not aware of the formula that was
13 used. That's handled by -- that's handled by the
14 regions.
15    Q   Okay. You -- are there written agreements
16 that are provided to dealers as far as the
17 Accelerate program?
18        MR. GENOVESE: Object to the form.
19    A   There's an enrollment form.
20    Q   An enrollment form?
21    A   That's signed by the dealer.
22    Q   Does that enrollment form describe
23 discretionary allocation being provided?
24    A   I'm not aware that it does.
25    Q   Are you aware of any written information

Steven Fred Whitt                                June 1, 2023
Action Nissan, Inc. dba Universal Hyundai and Nero, William v. Hyundai Motor America Corp., et al

Page 23

1  that dealers are provided on, on extra allocations
2  being provided for compliance with the Accelerate
3  program?
4       A    I'm not aware of any.  In my role, I'm not
5  aware of any.
6       Q    Are you aware of any from any other --
7            MR. GENOVESE:  Object to the form.
8       Q    -- sources of information?
9       A    I'm sorry.  Any other what?
10      Q    Are you aware -- you said you're not aware
11 of any in your role.  Is there some other way that
12 you've become aware?
13           MR. GENOVESE:  Object to the form.
14      Q    I guess I don't understand.  What does in
15 your role mean?
16      A    In my role, I do not touch discretionary
17 allocation for facility completions.
18      Q    So just to clarify your previous answer,
19 you're not aware of any -- you're not aware of any
20 formula for discretionary allocation?
21           I guess the qualifier "in your role" just
22 means that you wouldn't be involved in that, it
23 doesn't mean that there's some other way that you
24 know it?
25      A    Under the context of the GDSI 2.0 program,