```
 1             UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF FLORIDA
 3                  ORLANDO DIVISION
 4                       - - -
 5
   ACTION NISSAN, INC., d/b/a        )
 6 UNIVERSAL HYUNDAI for itself in   )
   the Name of the Department of     )
 7 Highway Safety and Motor          )
   Vehicles of the State of          )   No: 6:21-cv-02152
 8 Florida, for its use and          )
   benefit,                          )
 9                                   )
         Plaintiff,                  )
10                                   )
         vs.                         )
11                                   )
   HYUNDAI MOTOR AMERICA             )
12 CORPORATION AND GENESIS MOTOR     )
   AMERICA, LLC,                     )
13                                   )
         Respondents.                )
14 _____ )
15
16
17
18
19            DEPOSITION OF RANDY PARKER
20               Costa Mesa, California
21             Wednesday, June 21, 2023
22
23
24
25        REPORTED BY:  NATALIA AGUIRRE, RPR
```

```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                  ORLANDO DIVISION
                       - - -
```

| | |
|---|---|
| ACTION NISSAN, INC., d/b/a ) | |
| UNIVERSAL HYUNDAI for itself in ) | |
| the Name of the Department of ) | |
| Highway Safety and Motor ) | |
| Vehicles of the State of ) | No: 6:21-cv-02152 |
| Florida, for its use and ) | |
| benefit, ) | |
|   ) | |
|     Plaintiff, ) | |
|   ) | |
|     vs. ) | |
|   ) | |
| HYUNDAI MOTOR AMERICA ) | |
| CORPORATION AND GENESIS MOTOR ) | |
| AMERICA, LLC, ) | |
|   ) | |
|     Respondents. ) | |
| _____ ) | |

　　　　Deposition of RANDY PARKER, taken on behalf of Plaintiff, Costa Mesa, California, commencing at 9:16 a.m., Wednesday, June 21, 2023, before NATALIA AGUIRRE, RPR.

```
 1                A P P E A R A N C E S
 2       FOR PLAINTIFF:
 3       BASS SOX MERCER
         BY:  JEREMIAH M. HAWKES, ESQ.
 4       2822 REMINGTON GREEN CIRCLE
         TALLAHASSEE, FL 32308
 5       850-878-6404
         JHAWKES@BSM-LAW.COM
 6
 7       FOR DEFENDANT:
 8       NELSON MULLINS RILEY SCARBOROUGH LLP
         BY:  GINGER BOYD, ESQ.
 9       215 SOUTH MONROE STREET
         SUITE 400
10       TALLAHASSEE, FL 32301
         GINGER.BOYD@NELSONMULLINS.COM
11
12       FOR DEFENDANT:
13       SENIOR COUNSEL - HYUNDAI MOTOR AMERICA
         BY:  MEGAN HOLBROOK, ESQ.
14
15
16
         ALSO PRESENT:  DIEGO SALYROSAS, VIDEOGRAPHER
17
18
19
20
21
22
23
24
25
```

1                           INDEX
2    WITNESS:  RANDY PARKER
3    EXAMINATION BY:                                    PAGE
4    BY MR. HAWKES                                        8
5
6    EXHIBITS
7    NUMBER              DESCRIPTION                    PAGE
8
     Exhibit  1    D002536; E-MAIL TO RANDY               21
9                  PARKER FROM ALLAN HARRIMAN
                   SENT 7/30/2021
10
     Exhibit  2    D001795; E-MAIL TO ALEX ROSSI          25
11                 FROM BARRY GARSIDE SENT
                   12/02/2020
12
     Exhibit  3    D003727; SHORT MESSAGE                 29
13                 REPORT, DATE RANGE
                   4/6/2021-1/13/2022
14
     Exhibit  4    DOCUMENT BATES STAMPED PLT             34
15                 000035 THROUGH 000036; LETTER
                   TO JOSE MUNOZ FROM WILLIAM
16                 NERO DATED 5/27/2021
17   Exhibit  5    DOCUMENT BATES STAMPED PLT             35
                   000037 THROUGH 000038; LETTER
18                 TO WILLIAM NERO FROM BOB KIM
                   DATED 6/14/2021
19
     Exhibit  6    DOCUMENT BATES STAMPED PLT             46
20                 000039 THROUGH PLT 000041;
                   LETTER TO JOSE MUNOZ FROM
21                 WILLIAM NERO DATED 12/13/2021
22   Exhibit  7    D006058; E-MAIL FROM RANDY             53
                   PARKER TO BARRY GARSIDE SENT
23                 1/21/2021
24   Exhibit  8    D006195; E-MAIL FROM TRISHA            55
                   QUEZADA TO TODD GOETZE SENT
25                 9/01/2021

| | | | |
|---|---|---|---|
| 1 | Exhibit 9 | D002499; E-MAIL TO ALLAN HARRIMAN FROM RANDY PARKER SENT 5/18/2021 | 56 |
| 3 | Exhibit 10 | D006249; E-MAIL FROM BARRY GARSIDE TO ALLAN HARRIMAN SENT 7/13/2021 | 58 |
| 5 | Exhibit 11 | D006056; E-MAIL FROM RANDY PARKER TO ALLAN HARRIMAN SENT 4/20/2021 | 59 |
| 7 | Exhibit 12 | DOCUMENT BATES STAMPED D001356; E-MAIL FROM RANDY PARKER TO ALLAN HARRIMAN SENT 2/02/2022 | 61 |
| 9 | Exhibit 13 | D002518; E-MAIL TO ROBERT GRAFTON FROM ALLAN HARRIMAN SENT 12/07/2021 | 64 |
| 11 | Exhibit 14 | D004248; E-MAIL TO BOB KIM FROM ALLAN HARRIMAN SENT 3/25/2021 | 64 |
| 13 | Exhibit 15 | D001384; E-MAIL TO MARK KATO FROM BARRY GARSIDE SENT 4/15/2022 | 77 |
| 15 | Exhibit 16 | D004329; E-MAIL TO MARK KATO FROM ROBERT GRAFTON SENT 4/19/2022 | 79 |
| 17 | Exhibit 17 | HYUNDAI MOTOR AMERICA CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO EFN WEST PALM MOTOR SALES, LLC'S AMENDED COUNTERCLAIMS AND THIRD-PARTY COMPLAINT | 82 |
| 21 | Exhibit 18 | DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES | 86 |
| 23 | Exhibit 19 | D002237; E-MAIL FROM RANDY PARKER TO TIM TURBYFIELD SENT 4/30/2021 | 89 |
| 25 | Exhibit 20 | D002618; E-MAIL TO BOB KIM FROM TODD GOETZE | 92 |

1
2
3

| | | | |
|---|---|---|---|
| Exhibit | 21 | DOCUMENT BATES STAMPED D 005954 THROUGH 005983; SHORT MESSAGE REPORT DATE RANGE 4/2/2021 - 3/15/2022 | 94 |
| Exhibit | 22 | D002477; E-MAIL TO RANDY PARKER FROM BOB KIM SENT 7/22/2021 | 107 |
| Exhibit | 23 | D001166; E-MAIL FROM TIM TURBYFIELD TO RANDY PARKER SENT 6/18/2022 | 110 |

4
5
6
7
8
9
10  QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
11                    PAGE    LINE
12                        (None)
13
14
15  INFORMATION TO BE SUPPLIED:
16                    PAGE    LINE
17                        (None)
18
19
20
21
22
23
24
25

1  meaning, facilities and exclusivity.  There's another 200
2  bucks.
3      So if you're clicking on all cylinders and
4  you're doing everything right, the dealer can earn $400
5  per unit.
6      The brand ambassador program is very similar to
7  the EBE program, which was designed at General Motors.
8      EBE stands for Essential Brand Elements.
9      Q.  When a dealer agrees to go into the GDSI
10 program, do they sign a written agreement to that effect?
11     A.  I believe so.
12         I just -- off the top of my head, Jeremiah, I
13 can't tell you exactly what they sign or what agreements
14 are in place.
15         But, you know, if they're investing in the
16 brand; I mean, obviously that's well documented, and we
17 know that they're under construction and, you know, that
18 they started the process.  All of that information is
19 very well documented.
20     Q.  Okay.  Does a dealer receive special allocation
21 for participating in GDSI?
22     A.  No.
23     Q.  Okay.  Do they receive special allocation when
24 they complete GDSI?
25     A.  It's up to the regions.