| | | |
|---|---|---|
| **From:** | Sullivan, Brian [HMA] | **Exhibit V** |
| **Sent:** | Monday, May 9, 2022 7:00 PM | |
| **To:** | Josiah Behlen | |
| **Cc:** | Ron Eberhardt;William A. Nero | |
| **Subject:** | Request for special allocation | |

Josiah, a special allocation isn't a component of the Hyundai Accelerate program, all Hyundai dealers who are commenced continue to earn Hyundai allocation under the BDS calculation. Talk with you tomorrow. Thank you.



**Brian Sullivan**
**DSM SOC**
3025 Chastain Meadows Parkway,Suite 100
Marietta,GA. 30066
M 770 508 4384
bsullivan@hmausa.com     www.hyundai.com

**Hyundai Motor America**

---

**From:** Josiah Behlen <jbehlen@universalhyundai.com>
**Sent:** Monday, May 9, 2022 4:18 PM
**To:** Sullivan, Brian [HMA] <BSullivan@hmausa.com>
**Cc:** Ron Eberhardt <reberhardt@universalnissan.com>; William A. Nero <wanero@universalnissan.com>
**Subject:** Request for special allocation

**CAUTION:This is an external email!**
Do not click on the links or attachments unless you recognize the sender and trust that the content is safe.

Hi Brian,

On March 31st, 2022, we officially commenced for GDSI 2.0. We are trying to see if we can get a special allocation of new Hyundai's based on our commitment to Hyundai. Look forward to hearing from you soon.

Best,

Josiah Behlen
General Manager
Universal Hyundai - Genesis



04/21/22

FL103
Universal Hyundai

RE: Hyundai Accelerate Brand Program - Construction Commencement for Exclusive GDSI 2.0

Dear William Nero,

We appreciate your partnership and commitment to the Hyundai brand by transforming your facility into a state of the art, exclusive Global Dealership Space Identity (GDSI 2.0) dealership. This letter will serve to notify you that your facility has successfully commenced construction for Exclusive GDSI 2.0 under the Accelerate Brand Program effective 3/31/2022 (the "Construction Commencement Start Date").

In addition, you must comply with all obligations under the GDSI 2.0 Accelerate Brand Program Rules including:
- Fully executed Accelerate Enrollment Form dated no later than June 30, 2021
- HMA approved 75% design drawing exhibits for the following
    - Cover Page
    - Site Plan
    - Floor Plan with 2nd Floor / Mezzanine Plan (if applicable)
    - Exterior Elevations
    - Reflected Ceiling Plan with 2nd Floor / Mezzanine RCP (if applicable)
- Permit (construction, renovation, demolition, foundation, grading) or evidence satisfactory to HMA that the permit was submitted on a timely basis and is delayed beyond your control
- Date stamped photos of commencement (demolition, excavation, site grading, etc.)
- Submission of an Exclusive Hyundai Financial Statement

Upon meeting Construction Completion, you are eligible to receive:
- Construction Completion Payments of 1% MSRP (no freight) for a maximum of 24 months or until 06/30/2026, whichever comes first
- Exclusivity Facility Payments of 1% MSRP (no freight) until 06/30/2026 on all eligible vehicles at retail, upon GDSI 2.0 certification and compliance with Facilities Usage Policy 105

Please see the Official Program Rules for additional details and requirements. If you have specific questions about your situation, please reach out to [your Regional Market Representation personnel]. Thank you again for your partnership and commitment to Hyundai.

Sincerely,

Region General Manager

Hyundai Motor America – Southern Region

**Hyundai Motor America**  
**Southern Region**

3025 Chastain Meadows Pkwy  
Suite 100  
Marietta, GA 30066

T + 770 739 9400  
F + 770 941 1432

www.hyundai.com