# EXHIBIT X

Pursuant to Local Rule 1.11(d), this exhibit serves as a placeholder for documents produced by Defendants which have been marked as confidential and plausibly qualify for sealing. Plaintiff intends to file the following item(s) as a single exhibit:

1. D_001179-180;
2. D_001185-186;
3. D_001191-192;
4. D_001384.