```
 1                                IN THE CIRCUIT COURT OF THE
                                  NINTH JUDICIAL CIRCUIT IN AND
 2                                FOR ORANGE COUNTY, FLORIDA
 3                                CASE NO.:  2010-CA-4867
 4
     ACTION NISSAN, INC. d/b/a
 5   UNIVERSAL HYUNDAI FOR ITSELF AND IN
     THE NAME OF THE Department of Highway
 6   Safety and Motor Vehicles of the
     State of Florida, for its use and benefit,
 7
              Plaintiff,
 8
     vs.
 9
     HYUNDAI MOTOR AMERICA
10   CORPORATION,
11        Defendant.
12      * * * * * * * * * * * * * * * * *
13   VIDEO-RECORDED
     DEPOSITION OF:   WILLIAM NERO
14                    As the Rule 30(b)(6) Representative of
                      Action Nissan, Inc., d/b/a Universal
15                    Hyundai
16   DATE:            June 1, 2023
17   TIME:            COMMENCED:  10:42 a.m.
                      CONCLUDED:   5:14 p.m.
18
     TAKEN BY:        Defendant
19
     PLACE:           Nelson Mullins Riley & Scarborough
20                    390 North Orange Avenue
                      Suite 1400
21                    Orlando, Florida 32801
22   REPORTED BY:     Mae Fisher, RMR, CRR
23
24
25
```

```
 1                A P P E A R A N C E S:
 2   TODD NORMAN, ESQUIRE
     Of:    Nelson, Mullins, Riley & Scarborough, LLP
 3          390 North Orange Avenue
            Suite 1400
 4          Orlando, Florida 32801
            (407) 839-4200
 5          Tnorman@broadandcassel.com
 6           Counsel for the PLAINTIFF
 7   NICHOLAS BADER, ESQUIRE
     Of:   Bass Sox Mercer
 8         2822 Remington Green Circle
           Tallahassee, Florida 32308-3769
 9         (850) 878-6404
           Nbader@dealerlawyer.com
10
             Counsel for the DEFENDANTS
11
     ALSO PRESENT:
12
     AUSTIN SANCHEZ
13   Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      I N D E X
 2  TESTIMONY OF WILLIAM NERO
 3        DIRECT EXAMINATION BY MR. NORMAN ......... 6
 4  CERTIFICATE OF OATH ............................ 260
 5  REPORTER'S DEPOSITION CERTIFICATE .............. 261
 6  NOTIFICATION LETTER ............................ 262
 7  ERRATA SHEET ................................... 263
 8
 9                    E X H I B I T S
10  PLAINTIFF'S EXHIBITS
11  (NONE)
12  DEFENDANT'S EXHIBITS
13  Exhibit A - Binder of Exhibits 1 through 47 .... 6
14  Exhibit B - Letter dated 3/2/23 ................ 204
15  Exhibit C - Letter dated 3/16/23 ............... 221
16
17
18
19               S T I P U L A T I O N S
20        It is hereby stipulated and agreed by and
    between counsel present for the respective parties, and
21  the deponent, that the reading and signing of the
    deposition are hereby RESERVED.
22
23
24
25
```

1  BY MR. NORMAN:
2     Q.  Has anyone ever declared a default under your
3  floor plan?
4     A.  No.
5     Q.  Have you ever met your floor plan limits?
6           MR. BADER:  Object to form.
7           THE WITNESS:  Yes.
8  BY MR. NORMAN:
9     Q.  When?
10    A.  From time to time.  It's not very often.  I think
11 during the pandemic, we might have hit the floor plan
12 limit.
13    Q.  Have -- during that from time to time when you
14 hit the floor plan limit, has your lender ever refused
15 to provide for the financing under your floor plan?
16          MR. BADER:  Object to form.
17          THE WITNESS:  Yeah.  There may have been
18    comments from the lender that we've exceeded our floor
19    plan and they may have asked for extra terms to
20    continue paying for the cars, but I don't remember the
21    exact situations.
22 BY MR. NORMAN:
23    Q.  Okay.  There was one instance, though, where you
24 asked your lender to not forward any more funds under
25 the floor plan, correct?

1	A.  We were probably hitting our floor plan limit
2	during COVID and we didn't need any more cars.
3	Q.  So you asked them to not advance any more funds
4	under the floor plan?
5	A.  Well, I think we may have asked them not to
6	exceed our floor plan limit, which is set by Hyundai.
7	We don't set that limit.  Hyundai asks, requests it as
8	part of the sales and service agreement what that number
9	is and we have to meet it and we did.
10	Q.  So now, in April 2020, Mr. Parker writes you:
11	Hey, Bill.  See new incentives?  More cash on Sonata and
12	0-72 on Santa Fe.  Let's move some cars.
13	    Do you know what he's referring to there?
14	A.  In terms of what that text actually means?
15	Q.  Yeah.
16	A.  Well, the 0 for 72 is 0 percent interest rate for
17	72 months.  I think that's referring on a particular
18	model or submodel.  And then I respond.
19	Q.  Right.  You said:  Business is very good given
20	the current environment.
21	    Correct?
22	A.  Yes.
23	Q.  Thanks again for the much needed retail support.
24	    Correct?
25	A.  Yes.