**Exhibit AA**

```
 1                UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF FLORIDA
 3                      ORLANDO DIVISION
 4
 5
 6      ACTION NISSAN, INC. D/b/a       )
        UNIVERSAL HYUNDAI for itself    )
 7      and in the Name of the          )
        Department of Highway Safety    )
 8      and Motor Vehicles of the       )  Case No.
        State of Florida, for its       )  6:21-cv-02152
 9      use and benefit;                )
                                        )
10                      Plaintiffs,     )
                                        )
11          vs.                         )
                                        )
12      HYUNDAI MOTOR AMERICA           )
        CORPORATION AND GENESIS         )
13      MOTOR AMERICA, LLC;             )
                                        )
14                      Defendants.     )
        _____)
15
16
17
18           VIDEOTAPED DEPOSITION OF ALLAN HARRIMAN
19                    Costa Mesa, California
20                    Friday, June 16, 2023
21
22
23      Reported by:
        Lynda L. Fenn, CSR, RPR
24      CSR No. 12566
        JOB No. 5929639
25
```

Page 2

1                UNITED STATES DISTRICT COURT

2                MIDDLE DISTRICT OF FLORIDA

3                    ORLANDO DIVISION

4

5

6      ACTION NISSAN, INC. D/b/a       )
       UNIVERSAL HYUNDAI for itself    )
7      and in the Name of the          )
       Department of Highway Safety    )
8      and Motor Vehicles of the       )   Case No.
       State of Florida, for its       )   6:21-cv-02152
9      use and benefit;                )
                                       )
10                    Plaintiffs,      )
                                       )
11          vs.                        )
                                       )
12     HYUNDAI MOTOR AMERICA           )
       CORPORATION AND GENESIS         )
13     MOTOR AMERICA, LLC;             )
                                       )
14                    Defendants.      )
       _____)

15

16

17

18            VIDEOTAPED DEPOSITION of ALLAN HARRIMAN,

19         taken on behalf of Plaintiff, Costa Mesa,

20         California, at 9:07 a.m. and ending at 1:19

21         p.m., Friday, June 16, 2023, reported by

22         Lynda L. Fenn, CSR No. 12566, Certified

23         Shorthand Reporter within and for the State of

24         California, pursuant to notice.

25

1      APPEARANCES (Appearing via Zoom Videoconference):

2

3      For the Plaintiff:

4

5          BASS SOX MERCER

6          BY:  JEREMIAH M. HAWKES, ESQ.

7               ANDREW THOMAS, ESQ.

8          2822 Remington Green Circle

9          Tallahassee, Florida  32308

10         (850) 878-6404

11         jhawkes@bsm-law.com

12         athomas@dealerlawyer.com

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1       APPEARANCES (Continued):

2

3       For the Defendants:

4

5           NELSON MULLINS RILEY & SCARBOROUGH

6           BY:  GINGER BOYD, ESQ.

7           215 South Monroe Street, Suite 400

8           Tallahassee, Florida  32301

9           (850) 205-3365

10          ginger.boyd@nelsonmullins.com

11

12      Also Present:

13

14          Gino Barrica

15          Hyundai Motor America

16

17          David Walck, Videographer

18

19

20

21

22

23

24

25

1                          I N D E X

2

3       EXAMINATION BY:                              PAGE

4

5       MR. HAWKES                                    14

6

7

8                       E X H I B I T S

9

10      NUMBER              DESCRIPTION              PAGE

11

12      Exhibit 1       A 74-page document entitled      43

13                      Allocation/Production Ordering

14                      20-16-0816, Business Policy &

15                      Procedures, Last Updated

16                      February 15, 2016; D_000001 -

17                      D_000074

18

19      Exhibit 2       A 68-page document entitled HMA   46

20                      Allocation System Logic, Rules

21                      & Calculation, Last Updated

22                      April 20, 2022; D_000075

23

24

25

1                  E X H I B I T S (Continued)

2

3        NUMBER                  DESCRIPTION                PAGE

4

5        Exhibit 3     A six-page email chain ending        67

6                      with an email from Randy Parker

7                      to Michael Orange, November 13,

8                      2020; D_001354

9

10       Exhibit 4     A five-page email chain ending       73

11                     with an email from Randy Parker

12                     to Allan Harriman, February

13                     two, 2022; D_001356

14

15       Exhibit 5     A ten-page document entitled         83

16                     Regional Distribution

17                     Allocation & Reserve

18                     Procedures; D_004876

19

20       Exhibit 6     A one-page email from Allan          87

21                     Harriman to Barry Garside, July

22                     23, 2021; D_004875

23

24

25

1                    E X H I B I T S (Continued)

2

3         NUMBER              DESCRIPTION                  PAGE

4

5      Exhibit 7      A 14-page email chain ending          89

6                     with an email from Barry

7                     Garside to Mark Kato, April 15,

8                     2022; D_001384

9

10     Exhibit 8      A two-page email chain ending          95

11                    with an email from Allan

12                    Harriman to Randy Parker, July

13                    30, 2021; D_002536

14

15     Exhibit 9      A two-page email chain ending         102

16                    with an email from Allan

17                    Harriman, September two, 2021;

18                    D_000334

19

20     Exhibit 10     A three-page email chain ending       111

21                    with an email from Robert

22                    Grafton to Walter Rodriguez,

23                    March 25, 2020; D_004102

24

25

1            E X H I B I T S (Continued)

2

3      NUMBER              DESCRIPTION                    PAGE

4

5      Exhibit 11    A 51-page document beginning         113

6                    with an email from Ron

7                    Eberhardt to Eric Kristan;

8                    April 17, 2020; PLT_06110

9

10     Exhibit 12    A 12-page email chain ending         116

11                   with an email from Eric Kristan

12                   to Josiah Behien, September

13                   nine, 2020; PLT_009588

14

15     Exhibit 13    A four-page email chain ending       121

16                   with an email from Trisha

17                   Quezada to Mary Bae, July 14,

18                   2021; D_004320

19

20     Exhibit 14    An 11-page document beginning        124

21                   with an email from Trisha

22                   Quezada to Mark Kato, February

23                   25, 2022; D_004770 - D_004780

24

25

1                    E X H I B I T S (Continued)

2

3      NUMBER                    DESCRIPTION                PAGE

4

5      Exhibit 15    A two-page email chain ending          127

6                    with an email from Allan

7                    Harriman to Mark Kato, January

8                    five, 2022; D_001405

9

10     Exhibit 16    A five-page email chain ending         132

11                   with an email from Tim

12                   Turbyfield, Jr. To Todd Goetze,

13                   February 17, 2021; D_002982

14

15     Exhibit 17    A three-page email chain ending        132

16                   with an email from Allan

17                   Harriman to Trisha Quezada,

18                   February 23, 2022; D_001362

19

20

21

22

23

24

25

1                    I N D E X (Continued)

2

3              INFORMATION REQUESTED

4

5                       (None)

6

7          INSTRUCTION NOT TO ANSWER

8

9                       (None)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        A    I would say Q2 certainly and probably a

2    little beyond that as well.

3        Q    Okay.

4             How much more turn down activity were you

5    seeing than normal?

6        A    I don't have exact numbers, but I think

7    it's fair to say that it was huge.

8        Q    Were dealers asking to be placed on port

9    hold?

10       A    Yes.

11       Q    And what is a port hold?

12       A    You just -- you cease processing activity

13   at the port and hold cars in our stock.  You cease

14   deliveries.

15       Q    You cease deliveries to that particular

16   dealer?

17       A    Yes.

18       Q    Okay.

19            How long will you hold a car?

20       A    Well, until we -- until we can -- until we

21   can assign it and then ship it.

22       Q    Okay.

23       A    Where the dealer says I'll resume

24   shipment --

25       Q    Okay.

1          A    -- if it's already assigned.

2          Q    So if a car has been assigned to a dealer,

3     placed on port hold, is there any period of time that

4     you'll basically save it for that particular dealer

5     before assigning it to another dealer or is it fair

6     game for any other dealer at that point?

7               MS. BOYD:  Object to form.

8               THE WITNESS:  Could you restate that just

9     so I'm clear?

10              MR. HAWKES:  Sure.  Sure.

11    BY MR. HAWKES:

12         Q    So you have a car that's assigned to a

13    dealer, but they're on a port hold.

14              Is there any period of time that you will

15    hold that car for that dealer or do you immediately

16    reassign it?

17              MS. BOYD:  Object to form.

18              THE WITNESS:  No, we'll work with a dealer

19    to see what the situation is.  There's many different

20    reasons why that could occur.

21              If it wasn't in a COVID situation, which

22    was different, but perhaps it's just a dealer

23    changing his flooring bank and he needs three days of

24    a hold to change his drafting institution and routing

25    numbers.

Page 110

1       BY MR. HAWKES:

2           Q    That's handled on a case-by-case basis,

3       there's not a general policy for that?

4           A    No, because it depends on the reason why.

5                At some point we would have to make a

6       different plan for that car.

7           Q    Okay.

8                Is there a cost to HMA for those vehicles

9       sitting at the port?

10          A    It would be the same general cost we were

11      talking about earlier.  It would be, you know,

12      perhaps, an inventory -- a daily inventory storage

13      cost, as well as, you know, the economic cost of

14      standing stock.  Nothing -- nothing direct.  I mean

15      there's no huge penalty, if that's what you are

16      asking.

17          Q    Okay.

18               Does HMA do anything to recover that cost

19      from dealers?

20          A    No.

21          Q    Do you know if a lot of dealers were on a

22      finance hold at this point in time, that first,

23      second quarter of 2020?

24               MS. BOYD:  Object to form.

25               THE WITNESS:  I don't have a list in front

Page 111

1    of me.

2              My recollection is many dealers were on

3    hold.  I wouldn't necessarily say finance hold, but

4    shipment hold because of business conditions.

5    BY MR. HAWKES:

6         Q   And if they are on a finance hold, then

7    the -- then you can't charge the dealer for the

8    vehicle; right?

9         A   Correct.

10        Q   Do you know if HMA tracks dealers that are

11   on a finance hold?

12             MS. BOYD:  Object to form.

13             THE WITNESS:  Does HMA track them, yeah, I

14   think we -- that's known.  It's known when a dealer

15   goes on credit hold.

16             I don't think we keep a running log, if

17   that's what you are referring to.

18   BY MR. HAWKES:

19        Q   This is D004102 and I'm going to go down to

20   the bottom of the chain.

21             (Plaintiff's Exhibit 10 was marked for

22   identification by the Certified Shorthand Reporter

23   and is attached hereto.)

24             MS. BOYD:  Okay.

25   //