| | |
|---|---|
| **To:** | Jordan, Ray [HMA][RJordan@hmausa.com] |
| **Cc:** | Turbyfield Jr., Tim [HMA][TTurbyfield@hmausa.com] |
| **From:** | Goetze, Todd [HMA][/O=KIA MOTORS, AMERICA/OU=CORPORATE/CN=RECIPIENTS/CN=HMA02876] |
| **Sent:** | Fri 4/24/2020 6:52:43 PM (UTC) |
| **Subject:** | RE: Rejects from dealer FL103 |

**Exhibit BB**

They will not accept check anyway

---

**From:** Jordan, Ray [HMA] <RJordan@hmausa.com>
**Sent:** Friday, April 24, 2020 10:41 AM
**To:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Cc:** Turbyfield Jr., Tim [HMA] <TTurbyfield@hmausa.com>
**Subject:** FW: Rejects from dealer FL103

Todd,

Never mind about the request to pay by check. We were looking for alternatives with the CFO, Ron Eberhardt.

Bill Nero text the following,

The floor plan was turned off because we exceeded the floor line

Inform Tim, when we have capacity on our line ,Hyundai can debit floor plan for 50 vehicles.



**Ray Jordan**
Manager, District Sales

**Hyundai Motor America - Southern Region**
3025 Chastain Meadows Parkway, Suite 100, Marietta, GA  30066
M 904-718-3600
rjordan@hmausa.com

---

**From:** Jordan, Ray [HMA]
**Sent:** Friday, April 24, 2020 9:27 AM
**To:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Cc:** Turbyfield Jr., Tim [HMA] <TTurbyfield@hmausa.com>; Hines, Lisa [HMA] <LHines@hmausa.com>; Hanner, John [HMA] <JHanner@hmausa.com>
**Subject:** RE: Rejects from dealer FL103

Ron, asked if they could write a check for these vehicles?



**Ray Jordan**
Manager, District Sales

**Hyundai Motor America - Southern Region**
3025 Chastain Meadows Parkway, Suite 100, Marietta, GA  30066
M 904-718-3600
rjordan@hmausa.com

**From:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Sent:** Friday, April 24, 2020 8:19 AM
**To:** Jordan, Ray [HMA] <RJordan@hmausa.com>
**Cc:** Turbyfield Jr., Tim [HMA] <TTurbyfield@hmausa.com>; Hines, Lisa [HMA] <LHines@hmausa.com>; Hanner, John [HMA] <JHanner@hmausa.com>
**Subject:** FW: Rejects from dealer FL103

Good morning Ray.

We need dealer & bank to give HMA the ok to draft on these vehicles today please… urgent to get this done today.  Appreciate all your support with this.
Thank you.

**From:** Goetze, Todd [HMA]
**Sent:** Thursday, April 23, 2020 3:48 PM
**To:** Turbyfield Jr., Tim [HMA] <TTurbyfield@hmausa.com>; Jordan, Ray [HMA] <RJordan@hmausa.com>
**Subject:** FW: Rejects from dealer FL103


**From:** Goetze, Todd [HMA]
**Sent:** Thursday, April 23, 2020 1:09 PM
**To:** Jordan, Ray [HMA] <RJordan@hmausa.com>
**Cc:** Goetze, Todd [HMA] <TGoetze@hmausa.com>; Hines, Lisa [HMA] <LHines@hmausa.com>
**Subject:** FW: Rejects from dealer FL103

Ray,
This is the number of vins we need to have them accept.  See below.
Thank you.

**Subject:** RE: Rejects from dealer FL103

Good Morning Todd,

We received more rejects from the dealer FL103.
Not there are more than 30 VINs on rejects.
If dealer is not going to accept those VINs, can you please process manual wholesale returns?

KM8K12AA8LU565209
KM8K62AA3LU565250
KM8K33A52LU564849
KM8K53A54LU565706
KM8K53A50LU564875
KM8J33A42LU251187
KMHD84LF3LU075429
KM8J33A40LU251091
KMHD84LF5LU075612
KMHD74LF4LU073000
KM8J33A49LU252515
KM8K33A58LU565441
KM8J33A46LU251189
KM8J33A4XLU252622

KMHD84LF1LU077907
KM8J33AL7LU257560
KM8R34HE6LU135871
KMHD84LF4LU077917
KMHD84LF7LU077684
KMHD84LFXLU077453
KMHD84LF7LU077183
KMHD84LF4LU077173
KMHD84LF0LU078031
KMHD84LF9LU078738
KMHTG6AF7LU031222
3KPC24A63LE125264
KM8J23A43LU250875
KM8J23A41LU250647
KM8J33ALXLU257732
KM8R44HE0LU131442
KM8R54HE5LU132776
KM8R54HE5LU132745

Thank you,



**Michael (Sangwon) Lee**
Cost Associate
T: 714-965-3462
MLee@hmausa.com
Hyundai Motor America

---

**From:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Sent:** Wednesday, April 22, 2020 4:26 PM
**To:** Lee, Michael (Sangwon) [HMA] <MLee@hmausa.com>; Hanner, John [HMA] <JHanner@hmausa.com>; Hines, Lisa [HMA] <LHines@hmausa.com>
**Subject:** Re: Rejects from dealer FL103


Michael
We will work jointly with DM tomorrow to find homes for these vehicles.
Thank you.

-------- Original Message --------
From: "Lee, Michael (Sangwon) [HMA]" <MLee@hmausa.com>
Date: Wed, Apr 22, 2020, 7:21 PM
To: "Goetze, Todd [HMA]" <TGoetze@hmausa.com>,"Hanner, John [HMA]" <JHanner@hmausa.com>,"Hines, Lisa [HMA]" <LHines@hmausa.com>
Subject: RE: Rejects from dealer FL103

SO Distribution team,

Since dealer FL103 on finance hold, do you know if this dealer is planning to accept those 24 units?
If those 24 units need to be allocated to different dealer(s), can you please process MANUAL wholesale return for below 24 vehicles?

KM8K12AA8LU565209
KM8K62AA3LU565250
KM8K33A52LU564849
KM8K53A54LU565706

KM8K53A50LU564875
KM8J33A42LU251187
KMHD84LF3LU075429
KM8J33A40LU251091
KMHD84LF5LU075612
KMHD74LF4LU073000
KM8J33A49LU252515
KM8K33A58LU565441
KM8J33A46LU251189
KM8J33A4XLU252622
KMHD84LF1LU077907
KM8J33AL7LU257560
KM8R34HE6LU135871
KMHD84LF4LU077917
KMHD84LF7LU077684
KMHD84LFXLU077453
KMHD84LF7LU077183
KMHD84LF4LU077173
KMHD84LF0LU078031
KMHD84LF9LU078738

Thank you,



**Michael (Sangwon) Lee**
Cost Associate
T: 714-965-3462
MLee@hmausa.com
Hyundai Motor America

---

**From:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Sent:** Wednesday, April 22, 2020 2:32 PM
**To:** Lee, Michael (Sangwon) [HMA] <MLee@hmausa.com>
**Subject:** FW: Rejects from dealer FL103
**Importance:** High

Michael,
See attached letter from Finance source placing FL103 on Floor Plan Hold.

**From:** Jordan, Ray [HMA] <RJordan@hmausa.com>
**Sent:** Wednesday, April 22, 2020 4:02 PM
**To:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Cc:** Turbyfield Jr., Tim [HMA] <TTurbyfield@hmausa.com>; Sullivan, Brian [HMA] <BSullivan@hmausa.com>
**Subject:** FW: Rejects from dealer FL103
**Importance:** High

Todd,

Attached is a letter from SunTrust suspending Universal Hyundai's floor plan. Please stop shipping vehicles to the dealer.

Thank you,



**Ray Jordan**
Manager, District Sales

**Hyundai Motor America - Southern Region**
3025 Chastain Meadows Parkway, Suite 100, Marietta, GA  30066
M 904-718-3600
rjordan@hmausa.com

---

**From:** Ron Eberhardt <reberhardt@universalnissan.com>
**Sent:** Wednesday, April 22, 2020 3:16 PM
**To:** Jordan, Ray [HMA] <RJordan@hmausa.com>
**Cc:** Simo Bassi <sbassi@universalnissan.com>
**Subject:** RE: Rejects from dealer FL103


Ron Eberhardt, Controller
Universal Nissan/Hyundai
407-930-1825 (Office)
407-930-1830 (Fax)

---

**From:** Jordan, Ray [HMA] <RJordan@hmausa.com>
**Sent:** Wednesday, April 22, 2020 3:14 PM
**To:** Ron Eberhardt <reberhardt@universalnissan.com>
**Subject:** FW: Rejects from dealer FL103

Ron,

There have been 24 vehicles rejected on delivery this week and the region is asking if Universal Hyundai had been placed on finance hold. We have not received notice from the dealership.

Thank you,



**Ray Jordan**
Manager, District Sales

**Hyundai Motor America - Southern Region**
3025 Chastain Meadows Parkway, Suite 100, Marietta, GA  30066
M 904-718-3600
rjordan@hmausa.com

---

**From:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Sent:** Wednesday, April 22, 2020 12:02 PM
**To:** Jordan, Ray [HMA] <RJordan@hmausa.com>
**Cc:** Turbyfield Jr., Tim [HMA] <TTurbyfield@hmausa.com>; Sullivan, Brian [HMA] <BSullivan@hmausa.com>; Hines, Lisa [HMA] <LHines@hmausa.com>; Hanner, John [HMA] <JHanner@hmausa.com>

**Subject:** FW: Rejects from dealer FL103

Ray,
Please follow-up with dealer… we now have more units they are refusing to pay.  We do not show them on finance or port hold.  We need answer on this.  Thank you,

---

**From:** Lee, Michael (Sangwon) [HMA] <MLee@hmausa.com>
**Sent:** Wednesday, April 22, 2020 12:00 PM
**To:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Cc:** Hines, Lisa [HMA] <LHines@hmausa.com>; Hanner, John [HMA] <JHanner@hmausa.com>
**Subject:** RE: Rejects from dealer FL103

Good Morning Todd,

We have 15 addition rejects from the same dealer FL103 received today.
Therefore, it would be total of 24 rejects…please let me know if you received any response from the dealer.

KM8K12AA8LU565209
KM8K62AA3LU565250
KM8K33A52LU564849
KM8K53A54LU565706
KM8K53A50LU564875
KM8J33A42LU251187
KMHD84LF3LU075429
KM8J33A40LU251091
KMHD84LF5LU075612
KMHD74LF4LU073000
KM8J33A49LU252515
KM8K33A58LU565441
KM8J33A46LU251189
KM8J33A4XLU252622
KMHD84LF1LU077907
KM8J33AL7LU257560
KM8R34HE6LU135871
KMHD84LF4LU077917
KMHD84LF7LU077684
KMHD84LFXLU077453
KMHD84LF7LU077183
KMHD84LF4LU077173
KMHD84LF0LU078031
KMHD84LF9LU078738

Thank you,



**Michael (Sangwon) Lee**
Cost Associate
T: 714-965-3462
MLee@hmausa.com
Hyundai Motor America

---

**From:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Sent:** Tuesday, April 21, 2020 9:07 AM
**To:** Lee, Michael (Sangwon) [HMA] <MLee@hmausa.com>
**Cc:** Hines, Lisa [HMA] <LHines@hmausa.com>; Hanner, John [HMA] <JHanner@hmausa.com>

**Subject:** RE: Rejects from dealer FL103

I will follow-up with DSM to see if he is aware of something.

---

**From:** Lee, Michael (Sangwon) [HMA] <MLee@hmausa.com>
**Sent:** Tuesday, April 21, 2020 12:03 PM
**To:** Goetze, Todd [HMA] <TGoetze@hmausa.com>
**Subject:** Rejects from dealer FL103

Hello Todd,

We have 9 VINs have been rejected from dealer FL103 due to their flooring issue.
Do you have their updated flooring letter perhaps?
Please advise.

KM8K12AA8LU565209
KM8K62AA3LU565250
KM8K33A52LU564849
KM8K53A54LU565706
KM8K53A50LU564875
KM8J33A42LU251187
KMHD84LF3LU075429
KM8J33A40LU251091
KMHD84LF5LU075612

Thank you,



**Michael (Sangwon) Lee**
Cost Associate
T: 714-965-3462
MLee@hmausa.com
Hyundai Motor America

---------------------------
The information in this email and any attachments are for the sole use of the intended recipient and may contain privileged and confidential information.  If you are not the intended recipient, any use, disclosure, copying or distribution of this message or attachment is strictly prohibited.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.  If you believe that you have received this email in error, please contact the sender immediately and delete the email and all of its attachments.
---------------------------