**To:** Kutschinski.Kevin[Kevin.Kutschinski@SunTrust.com]
**Cc:** Goetze, Todd [HMA][TGoetze@hmausa.com]; Ron Eberhardt[reberhardt@universalnissan.com]
**From:** Lee, Michael (Sangwon) [HMA][/O=KIA MOTORS, AMERICA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LEE, MICHAEL (SANGWON) [HMA]3CF]
**Sent:** Tue 4/28/2020 5:12:55 PM (UTC)
**Subject:** RE: Action Nissan Inc DBA Universal Hyundai

Exhibit CC

Thank you Kevin!
Those units will be resubmit today.

Thank you,



**Michael (Sangwon) Lee**
Cost Associate
T: 714-965-3462
MLee@hmausa.com
Hyundai Motor America

---

**From:** Kutschinski.Kevin <Kevin.Kutschinski@SunTrust.com>
**Sent:** Tuesday, April 28, 2020 10:01 AM
**To:** Lee, Michael (Sangwon) [HMA] <MLee@hmausa.com>
**Cc:** Goetze, Todd [HMA] <TGoetze@hmausa.com>; Ron Eberhardt <reberhardt@universalnissan.com>
**Subject:** RE: Action Nissan Inc DBA Universal Hyundai

Michael, they were all actually rejected on 4/24 prior to the reinstatement. Units may have been rejected yesterday morning too since the reinstatement was not until late yesterday afternoon after the ACH cutoff. You will have to resubmit those units for drafting for us to fund them.

*Kevin Kutschinski*

*First Vice President, Relationship Manager*

*SunTrust Bank now Truist*

*Commercial Dealer Services*

*Mail Code: ORL-1709*

*333 S. Garland Avenue, 17th floor*

*Orlando, FL 32801*

*Tel: 407-237-4806*

*Fax: 407-835-0234*

---

**From:** Kutschinski.Kevin
**Sent:** Tuesday, April 28, 2020 12:18 PM
**To:** 'Lee, Michael (Sangwon) [HMA]'
**Cc:** Goetze, Todd [HMA]; Ron Eberhardt
**Subject:** RE: Action Nissan Inc DBA Universal Hyundai

Michael, I will follow up with my team but those may have been rejected yesterday morning prior to the reinstatement yesterday afternoon.

*Kevin Kutschinski*

*First Vice President, Relationship Manager*

*SunTrust Bank now Truist*

*Commercial Dealer Services*

*Mail Code: ORL-1709*

*333 S. Garland Avenue, 17th floor*
*Orlando, FL 32801*
*Tel: 407-237-4806*
*Fax: 407-835-0234*

**From:** Lee, Michael (Sangwon) [HMA] [mailto:MLee@hmausa.com]
**Sent:** Tuesday, April 28, 2020 12:01 PM
**To:** Kutschinski.Kevin
**Cc:** Goetze, Todd [HMA]; Ron Eberhardt
**Subject:** RE: Action Nissan Inc DBA Universal Hyundai

Hello Kevin,

We have 11 VINs' cash draft have been rejected today.
Can you please provide me reason for this rejection since we received reinstatement letter yesterday?
Total amount of $329,619.00.
Please advise.

KM8K12AA1LU567674
KM8J23A49LU242313
KM8J33A44LU257136
KM8R24HE3LU136978
KM8J33AL2LU257711
KM8J33AL7LU258238
KM8J33AL9LU257754
KM8J33AL9LU257429
KM8R34HE5LU136834
KM8R44HE1LU136794
KM8R44HE0LU135927

Thank you,



**Michael (Sangwon) Lee**
Cost Associate
T: 714-965-3462
MLee@hmausa.com
Hyundai Motor America

**From:** Kutschinski.Kevin <Kevin.Kutschinski@SunTrust.com>
**Sent:** Monday, April 27, 2020 2:12 PM
**To:** Dealer Flooring [HMA] <DealerFlooring@hmausa.com>
**Cc:** Goetze, Todd [HMA] <TGoetze@hmausa.com>; Ron Eberhardt <reberhardt@universalnissan.com>; Lee, Michael (Sangwon) [HMA] <MLee@hmausa.com>
**Subject:** RE: Action Nissan Inc DBA Universal Hyundai

Attached is a reactivation letter for Action Nissan Inc DBA Universal Hyundai's floorplan with Truist Bank. We will resume paying drafts on their floorplan immediately. If you have any questions, please let me know.

Best Regards,

*Kevin Kutschinski*
*First Vice President, Relationship Manager*
*SunTrust Bank now Truist*

*Commercial Dealer Services*

*Mail Code: ORL-1709*

*333 S. Garland Avenue, 17th floor*

*Orlando, FL 32801*

*Tel: 407-237-4806*

*Fax: 407-835-0234*

LEGAL DISCLAIMER
The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.
[ST:XCL]

---------------------------

The information in this email and any attachments are for the sole use of the intended recipient and may contain privileged and confidential information.  If you are not the intended recipient, any use, disclosure, copying or distribution of this message or attachment is strictly prohibited.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.  If you believe that you have received this email in error, please contact the sender immediately and delete the email and all of its attachments.

---------------------------